# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. |
|---|---|
| MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Chapter 9<br><br>**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS** |

The Mendocino Coast Health Care District (the "District"), a political subdivision of the State of California, operates two divisions: the Mendocino Coast District Hospital and the Mendocino Coast Home Health & Hospice.

The following is the list of persons holding the 20 largest unsecured claims against the District as of the filing date. The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 9 case and excludes (1) persons who come within the definition of "insider" under section 101(31) of the Bankruptcy Code, or (2) secured creditors unless the value of the collateral is such that the deficiency places the creditor among the such holders.

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5)<br>Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNDISPUTED | DISPUTED | |
| Cardinal Health Pharm Distribution<br>File #74031<br>P.O. Box 60000<br>San Francisco, CA 94160 | Cardinal Health Pharm Distribution<br>File #74031<br>P.O. Box 60000<br>San Francisco, CA 94160<br>Contact: Phelton Woods, Jr.<br>Phone: 614-553-3289<br>Email: phelton.woods@cardinhealth.com | Trade Debt | | | | $292,949.60 |
| Cal Pers<br>P.O. Box 4032<br>Sacramento, CA 95812-4032 | Cal Pers<br>P.O. Box 4032<br>Sacramento, CA 95812-4032<br>Contact: Victoria Luciani<br>Phone: 877-737-7377<br>Email: Victoria_Luciani@calpers.ca.gov | Trade Debt | | | | $188,076.00 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5) Amount of claim (if secured also state value of security} |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNDISPUTED | DISPUTED | |
| Valley Emergency Physicians<br>1990 N. California Blvd.<br>Suite 400<br>Walnut Creek, CA 94596 | Valley Emergency Physicians<br>1990 N. California Blvd., Suite 400<br>Walnut Creek, CA 94596<br>Contact: Steven Maron MD<br>Phone:  925-225-5837<br>Email: stevemaron@valleyemergency.com | Trade Debt | | | | $112,425.00 |
| Johnson & Johnson Depuy<br>4240 Holden Street<br>Emeryville, CA 94608 | Johnson & Johnson Depuy<br>4240 Holden Street<br>Emeryville, CA 94608<br>Contact: Bob Boracchia<br>Phone:  707-315-3279<br>Email:   bboracchia@comcast.net | Trade Debt | | | | $87,127.61 |
| Alpha Fund<br>P.O. Box 619084<br>Roseville, CA 95661 | Alpha Fund<br>P.O. Box 619084<br>Roseville, CA 95661<br>Contact: Ray Bastin<br>Phone:  916-266-6100 X222<br>Email:   rayb@alphafund.org | Trade Debt | | | | $70,451.00 |
| Cardinal Health Medical Prod & Svcs<br>700 Vaughn Road<br>Dixon, CA 95620-9226 | Cardinal Health Medical Prod & Svcs<br>700 Vaughn Road<br>Dixon, CA 95620-9226<br>Contact: Phelton Woods, Jr.<br>Phone:  614-553-3289<br>Email:      phelton.woods@cardinhealth.com | Trade Debt | | | | $67,969.19 |
| Zimmer<br>P.O. Box 708<br>Warsaw, IN 46581-0708 | Zimmer<br>P.O. Box 708<br>Warsaw, IN 46581-0708<br>Contact: Harry Fagan<br>Phone:  888-770-7878 | Trade Debt | | | | $54,835.57 |
| Martin, Fletcher & Associates<br>1525 W. Walnut Hill Lane<br>Suite 100<br>Irving, TX 75038 | Martin, Fletcher & Associates<br>1525 W. Walnut Hill Lane, Suite 100<br>Irving, TX 75038<br>Contact: Jennifer Tran<br>Phone:  214-596-2400<br>Email:   jtran@martinfletcher.com | Trade Debt | | | | $49,466.05 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) CONTINGENT | UNDISPUTED | DISPUTED | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|---|---|
| CDW-G<br>75 Remittance Dr., Suite 1515<br>Chicago, IL 60675-1515 | CDW-G<br>75 Remittance Dr., Suite 1515<br>Chicago, IL 60675-1515<br>Contact: Dave Soloman<br>Phone: 312-705-8928<br>Email: davesol@cdwg.com | Trade Debt | | | | $42,317.82 |
| Park Place International<br>7227 Chagrin Rd<br>Chagrin Falls, OH 44023 | Park Place International<br>7227 Chagrin Rd<br>Chagrin Falls, OH 44023<br>Contact: Dan Spulecki Sr.<br>Phone: 508-449-4929<br>Email: dan.spulecki@parkplaceintl.com | Trade Debt | | | | $38,200.00 |
| Beta Healthcare Group 1443 Danville Boulevard<br>Alamo, CA 94507-1911 | Beta Healthcare Group 1443 Danville Boulevard<br>Alamo, CA 94507-1911<br>Contact: Susan Bingham<br>Phone: 925-314-7634<br>Email: sbingham@betahg.com | Trade Debt | | | | $35,736.73 |
| Toshiba America Medical Systems<br>2441 Michelle Dr.<br>Tustin, CA 92780 | Toshiba America Medical Systems<br>2441 Michelle Dr.<br>Tustin, CA 92780<br>Contact: Guy Shinsato<br>Phone: 808-497-3332<br>Email: gshinsato@tams.com | Trade Debt | | | | $31,976.80 |
| Siemens Healthcare Diagnostics<br>1717 Deerfield Rd<br>P.O. Box 778<br>Deerfield, IL 60015-0778 | Siemens Healthcare Diagnostics<br>1717 Deerfield Rd<br>P.O. Box 778<br>Deerfield, IL 60015-0778<br>Contact: Ken Miller<br>Phone: 925-381-2995<br>Email: kenneth.a.miller@siemens.com | Trade Debt | | | | $28,110.30 |
| Office Max<br>75 Remittance Drive #2698<br>Chicago, IL 60675-2698 | Office Max<br>75 Remittance Drive #2698<br>Chicago, IL 60675-2698<br>Contact: Scott Hrudicka<br>Phone: 415-305-8424<br>Email: scotthrudicka@officemax.com | Trade Debt | | | | $25,186.99 |

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | | | (5) Amount of claim (if secured also state value of security} |
|---|---|---|---|---|---|---|
| | | | CONTINGENT | UNDISPUTED | DISPUTED | |
| Health Care Dental Trust<br>C/O Heritage Bank of Commerce<br>300 Main Street<br>Pleasanton, CA  94566-7325 | Health Care Dental Trust<br>C/O Heritage Bank of Commerce<br>300 Main Street<br>Pleasanton, CA  94566-7325<br>Contact: C. Winsten<br>Phone:   925-803-1880<br>Email:   cwinsten@dublinsure.com | Trade Debt | | | | $24,438.16 |
| The Shams Group<br>701 Canyon Drive, Suite 100<br>Coppel, TX  75019 | The Shams Group<br>701 Canyon Drive, Suite 100<br>Coppel, TX  75019<br>Contact: Zia Shams<br>Phone:   469-586-3317<br>Email:   zias@shamsgroup.com | Trade Debt | | | | $20,745.00 |
| Phoenix Medcom, Inc<br>10 Meadow Sweet Road<br>Cortlandt Manor, NY  10567 | Phoenix Medcom, Inc<br>10 Meadow Sweet Road<br>Cortlandt Manor, NY  10567<br>Contact: Maggie Sautner<br>Phone:   914-788-6777<br>Email:   msautner@phoenixmedcom.com | Trade Debt | | | | $20,614.44 |
| Staff Care, Inc<br>P.O. Box 281923<br>Atlanta, GA  30384-1923 | Staff Care, Inc<br>P.O. Box 281923<br>Atlanta, GA  30384-1923<br>Contact: Darlene Hyder<br>Phone:   866-416-3772<br>Email:   info@staffcare.com | Trade Debt | | | | $20,767.76 |
| Aretaeus Telemedicine, Inc.<br>440 Stevens Ave., Suite 150<br>Solana Beach, CA  92075 | Aretaeus Telemedicine, Inc.<br>440 Stevens Ave., Suite 150<br>Solana Beach, CA  92075<br>Contact: James Gude MD<br>Phone:   707-824-0882<br>Email:   info@offsitecare.com | Trade Debt | | | | $20,000.00 |
| Nuance Communications<br>C/O CitiBank Lockbox Operations<br>1615 Brett Road<br>New Castle, DE  19720-2425 | Nuance Communications<br>C/O CitiBank Lockbox Operations<br>1615 Brett Road<br>New Castle, DE  19720-2425<br>Contact: Kathy May<br>Phone:   781-565-5000<br>Email:   kathy.may@nuance.com | Trade Debt | | | | $19,532.25 |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California, dba MENDOCINO COAST DISTRICT HOSPITAL,<br><br>       Debtor. | Case No.<br><br>Chapter 9 |

      I, Wayne C. Allen, the Chief Financial Officer of Mendocino Coast District Hospital and the Mendocino Coast Home Health & Hospice - divisions of the Mendocino Coast Health Care District (the "District"), declare that I am authorized by the Board of Directors of the District to represent the District in this case and to execute documents on its behalf.
I declare under penalty of perjury that I have read the foregoing <u>List of Creditors Holding 20 Largest Unsecured Claims</u> and that, to the best of my knowledge, it is an accurate list of those claims against the District as of October 17, 2012.

 Dated: October 17, 2012

                                                                                                                                                                                                                               /s/Wayne C. Allen
                                                                                                                                                                                                                                Wayne C. Allen