FRIEDMAN & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
ELLEN A. FRIEDMAN (S.B. NO. 127684)
RUTH S. MUZZIN (S.B. NO. 249839)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
aporter@friedmanspring.com

Attorneys for Mendocino Coast Health Care District

UNITED STATES BANKRUTPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. |
| MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California, | CHAPTER 9 |
| | **VERIFICATION OF CREDITORS MATRIX** |
| Debtor. | |

I declare under penalty of perjury that the Creditors Matrix submitted for filing in this case electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of 502 creditors, is a true, correct, and complete listing to the best of the Debtor's knowledge. I acknowledge that the accuracy and completeness of the Creditors Matrix is the shared responsibility of the debtor and the debtor's attorney. I further acknowledge that the Court will rely on the Creditors Matrix for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

Dated: October 17, 2012                    FRIEDMAN & SPRINGWATER LLP

By:  _/s/ Andrea T. Porter_
                    Andrea T. Porter
                    Attorneys for the District

AARON D FARMER
PO BOX 1806
FORT BRAGG, CA 95437


AARON M STAUFFER
PO BOX 703
MENDOCINO, CA 95460


ADVANCED SECURITY SYSTEMS
3302 T STREET
EUREKA, CA 95503-5550


ADVENTIST HEALTH CES
PO BOX 619002
ROSEVILLE, CA 95661


ALEKSANDRA A MENDIVE
851 ALDER STREET
FORT BRAGG, CA 95437


ALICIA DOMINGUEZ-VISCENCIO
531 S WHIPPLE ST
FORT BRAGG, CA 95437


ALIGN ORTHOTICS AND PROSTHETICS
PO BOX 1738
MENDOCINO, CA 95460


ALLEN R REAVES
31300 TURNER ROAD
FORT BRAGG, CA 95437


ALPHA FUND
PO BOX 619084
ROSEVILLE, CA 95661


ALUN J NICOLSON
PO BOX 2555
FORT BRAGG, CA 95437


AMANDA CHASE
38926 CYPRESS WAY
GUALALA, CA 95445


AMANDA R O'BRIEN
PO BOX 975
FORT BRAGG, CA 95437


AMBER R FAYAL
515 N MCPHERSON
FORT BRAGG, CA 95437

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 2 of 42

AMELIA C RICHARDSON
270 S. HAROLD
FORT BRAGG, CA 95437


AMEY R JARVIS
21751 JOHN HYMAN ROAD
FORT BRAGG, CA 95437


AMY MCCOLLEY
16451 PINE DRIVE
FORT BRAGG, CA 95437


AMY S WYKER
14921 MITCHELL CREEK DR
FORT BRAGG, CA 95437


ANDREA AMBLER
PO BOX 1769
MENDOCINO, CA 95460


ANGEL CARRILLO
141 HOLMES LANE
FORT BRAGG, CA 95437


ANGELA C BROWNING
31788 JOHNSON LANE
FORT BRAGG, CA 95437


ANGELICA JARA
227 W PINE ST
FORT BRAGG, CA 95437


ANGELICA TEXTILE SERVICES
8360 BELVEDERE AVENUE
SACRAMENTO, CA 95826


ANITA E WEST
30540 PUDDING CREEK RD
FORT BRAGG, CA 95437


ANN M CESARIO
545 STEWART ST
FORT BRAGG, CA 95437


ANN M GITTINGS
PO BOX 1264
FORT BRAGG, CA 95437


ANN M KELSEY

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 3 of 42

P.O. BOX 714
FORT BRAGG, CA 95437


ANNE M MOFFETT
PO BOX 184
MENDOCINO, CA 95460


ANNE REIKO BAILEY
PO BOX 2538
FORT BRAGG, CA 95437


ANNETTE M JARVIE
10471 HILLS ROAD
MENDOCINO, CA 95460


ANTHONY BOYD
20740 HUCKLEBERRY LANE
FORT BRAGG, CA 95437


ANTHONY E KIDWELL
31720-A HIGHWAY 20
FORT BRAGG, CA 95437


APPLIED MEDICAL
22872 AVENIDA EMPRESA
RANCHO MARGARITA, CA 92688


ARIANE T CASEY
PO BOX 381
MENDOCINO, CA 95460


ARLENE L CASE
33661 SIMPSON ROAD
FORT BRAGG, CA 95437


ARLENE M COLOMBI
31162 HUCKLEBERRY LANE
FORT BRAGG, CA 95437


ARMSTRONG MEDICAL INDUSTRIES
575 KNIGHTSBRIDGE PARKWAY
PO BOX 700
LINCOLNSHIRE, IL 60069-0700


ASHLEY R MCGUIRE
32751 SIMPSON LANE
FORT BRAGG, CA 95437


ASPEN STREET ARCHITECTS, INC
PO BOX 370
ANGELS CAMP, CA 95222

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 4 of 42

ASTRID M VAN BUUREN
24531 NORTH HIGHWAY ONE
FORT BRAGG, CA 95437


AT & T
PO BOX 5025
CAROL STREAM, IL 60197-5025


ATLAS COPCO COMPRESSORS LLC
6094 STUART AVE
FREMONT, CA 94538


ATRIUM MEDICAL CORPORATION
5 WENTWORTH DRIVE
HUDSON, NH 03051


B & B COMMERCIAL POWER SWEEPING
150 EBBIG WAY
FORT BRAGG, CA 95437


BANK OF AMERICA
PO BOX 15731
WILMINGTON, DE 19886-5731


BANK OF AMERICA  ADMIN
PO BOX 15731
WILMINGTON, DE 19886-5731


BANK OF AMERICA  FINANCE
PO BOX 15731
WILMINGTON, DE 19886-5731


BARBARA A WILSON
17307 FRANKLIN RD
FORT BRAGG, CA 95437


BARBARA I LYONS
44071 LITTLE LAKE RD
MENDOCINO, CA 95460


BARBARA M DEMOS
P.O. BOX 122
WESTPORT, CA 95488


BART W SWOPES
PO BOX 2443
FORT BRAGG, CA 95437


BAUSCH & LOMB INC

180 VIA VERDE
SAN DIMAS, CA 91733


BAXTER HEALTHCARE CORP
ONE BAXTER PARKWAY
DEERFIELD, IL 60015


BEAVER-VISITEK INT INC
411 WAVERLY OAKS ROAD
WALTHAM, MA 02452


BECKMAN COULTER
4300 N. HARBOR BLVD
FULLERTON, CA 92834


BENJAMIN J MEYER
PO BOX 935
FORT BRAGG, CA 95437


BERNARDO PEREZ
P.O. BOX 1064
FORT BRAGG, CA 95437


BEST EQUIPMENT MAINTENACE
2055 JUNCTION AVE, SUITE 212
SAN JOSE, CA 95131


BETA HEALTHCARE GROUP
1443 DANVILLE BOULEVARD
ALAMO, CA 94507-1911


BETTY A COTTON
PO BOX 314
FORT BRAGG, CA 95437


BIBBERO SYSTEMS INC
1300 N. MCDOWELL BLVD
PETALUMA, CA 94951-1180


BIO-RAD LABORATORIES
4000 ALFRED NOBEL DR.
HERCULES, CA 94547


BIOMET ORTHOPEDICS
PO BOX 587
WARSAW, IN 46581-0587


BLOOD CENTERS OF THE PACIFIC
PO BOX 44197
SAN FRANCISCO, CA 94144

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 6 of 42

BLUE CROSS OPERATING ENGINEERS
P.O. BOX 28415
OAKLAND, CA 94604


BONE BANK ALLOGRAFT
4808 RESEARCH DRIVE
SAN ANTONIO, TX 78240


BONNIE KINTNER
PO BOX 795
MENDOCINO, CA 95460


BOSTON SCIENTIFIC CORPORATION
P.O. BOX 512638
LOS ANGELES, CA 90051-0638


BRANDI L SMILEY
PO BOX 131
COMPTCHE, CA 95427


BRASSELER USA
ONE BRASSELER BLVD
SAVANNAH, GA 31419


BRENDA E LOUDON
16640 PINE DR
FORT BRAGG, CA 95437


BRENDA K ROSS
32801 MILL CREEK DR
FORT BRAGG, CA 95437


BRIAN HAJIK
1279 DESPINE WAY
UKIAH, CA 95482


BRIGGS CORPORATION
PO BOX 1698
DEMOINES, IA 50306-1698


CACTUS SOFTWARE
4900 COLLEGE BLVD
OVERLAND PARK, KS 66211


CAHHS-UI DIVISION
1215 K' STREET
SUITE 800'
SACRAMENTO, CA 95814


CAL PERS

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 7 of 42

P.O. BOX 4032
SACRAMENTO, CA 95812-4032


CANCLINI TV & APPLIANCE
636 SOUTH FRANKLIN STREET
FORT BRAGG, CA 95437


CANDY CUDNEY
30400 HIGHWAY 20
FORT BRAGG, CA 95437


CARDIAC SCIENCE CORP
3303 MONTE VILLA PARKWAY
BOTHELL, WA 98021


CARDINAL HEALTH MEDICAL PROD & SVCS
700 VAUGHN ROAD
DIXON, CA 95620-9226


CARDINAL HEALTH NUCLEAR PHARMACY
1007 CANAL BLVD
RICHMOND, CA 94804


CARDINAL HEALTH PHARM DISTRIBUTION
FILE #74031
PO BOX 60000
SAN FRANCISCO, CA 94160


CAREFUSION 2200 V MUELLER SURG INST
25146 NETWORK PL
CHICAGO, IL 60673


CAROL A MANN
20721 PETERSON LANE
FORT BRAGG, CA 95437


CAROL A ROBINSON
450 N HARBOR DRIVE #5
FORT BRAGG, CA 95437


CAROL L BAIDUC
30171 SIMPSON LANE
FORT BRAGG, CA 95437


CAROLYN M PETERSEN
669 NORTH HAROLD ST
FORT BRAGG, CA 95437


CASEY J CLIFFORD
1179 ALDERBROOK LANE
SAN JOSE, CA 95129

CDW-G
75 REMITTANCE DRIVE
SUITE 1515
CHICAGO, IL 60675-1515


CHAD A ROBBINS
600 ESPEY WAY #A
FORT BRAGG, CA 95437


CHANDLER P EMERSON
20780 HUCKLEBERRY LANE
FORT BRAGG, CA 95437


CHARLES D ROBBINS
PO BOX 548
MENDOCINO, CA 95460


CHARRI N WIGHT
231 N WHIPPLE
FORT BRAGG, CA 95437


CHARRISH D SILVA
32650 HIGHWAY 20
FORT BRAGG, CA 95437


CHRISTINA M ROSSUM
26190 BENNIE LANE
FORT BRAGG, CA 95437


CINDY A SCHLAFER
134 MORROW STREET
FORT BRAGG, CA 95437


CINDY R VICHI
P.O. BOX 442, 330 S. CORRY STREET
FORT BRAGG, CA 95437


CLAIRE LEVELYN DORSEY
140 GROVE ST
FORT BRAGG, CA 95437


CLARA EKSTROM
1411 TAUBOLD COURT
FORT BRAGG, CA 95437


CLOVER/STORNETTA FARMS, INC.
P.O. BOX 742977
LOS ANGELES, CA 90074-2977

COAST HARDWARE RADIO SHACK
300 NORTH MAIN STREET
FORT BRAGG, CA 95437


COLLEEN A BROGAN
203 MINNESOTA AVE
FORT BRAGG, CA 95437


COMPUTER SOLUTION
434 SOUTH FRANKLIN ST
FORT BRAGG, CA 95437


COOK MEDICAL INCORPORATED
22988 NETWORK PLACE
CHICAGO, IL 60673-1229


COOPER SURGICAL
95 CORPORATE DRIVE
TRUMBULL, CT 06611


CTN
2001 P STREET, STE 100
SACRAMENTO, CA 95811


CURT A GORE
161 HOLMES LANE
FORT BRAGG, CA 95437


CYNTHIA A WUOLTEE
32400 RIVERS END RD.
FORT BRAGG, CA 95437


CYNTHIA MC AUDO
PO BOX 803
FORT BRAGG, CA 95437


D.JAMES GAY
PO BOX 1812
FORT BRAGG, CA 95437


DANIEL F POPE
110 DENNISON LANE
FORT BRAGG, CA 95437


DANIEL M JUSTICE-GREENWALD
32190 PUDDING CREEK RD
FORT BRAGG, CA 95437


DANIEL SEGURA
340 1/2 S. HAROLD ST
FORT BRAGG, CA 95437

DARLA R DIAS
P O BOX 2107
FORT BRAGG, CA 95437


DATA SYSTEMS GROUP
2331 ALHAMBRA BLVD
SACRAMENTO, CA 95817


DAVID E KILLION
PO BOX 12
WESTPORT, CA 95488


DAVID GATTEN
521 CYPRESS ST.
FORT BRAGG, CA 95437


DAWN M SANCHEZ
31500 DIGGER CREEK DRIVE
FORT BRAGG, CA 95437


DEANNA LAWRASON
167 WALL STREET
FORT BRAGG, CA 95437


DEBORAH K HOFFMAN
PO BOX 1576
FORT BRAGG, CA 95437


DEBRA E HENDRICKS
PO BOX 1511
FORT BRAGG, CA 95437


DEBRA L RICKETTS
32665 ODOM LANE
FORT BRAGG, CA 95437


DEDRIC S HENDRICKS
17500 OCEAN DRIVE
FORT BRAGG, CA 95437


DEEP VALLEY SECURITY
960 NORTH STATE STREET
UKIAH, CA 95482


DELL MARKETING
PO BOX 910916
PASADENA, CA 91110-0916


DENISE A VICARS

PO BOX 45
FORT BRAGG, CA 95437


DIANA SANCHEZ
149 DENNISON LANE
FORT BRAGG, CA 95437


DIANE K LIONBERGER
31201 GIBNEY LANE
FORT BRAGG, CA 95437


DISH NETWORK
PO BOX 7203
PASADENA, CA 91109-7203


DOLORES B TAUBOLD
564 S. HAROLD STREET
FORT BRAGG, CA 95437


DONALD J MILLER
16445 FRANKLIN ROAD
FORT BRAGG, CA 95437


DONNA G SIMPSON
223 WALL STREET
FORT BRAGG, CA 95437


DONNA J HEGGEN
20451 ACORN DRIVE
FORT BRAGG, CA 95437


DONNA L MIYAMURA
181 N CORRY ST
FORT BRAGG, CA 95437


DONNA M SCHULER
PO BOX 1627
FORT BRAGG, CA 95437


DOUGLAS G SMITH
16841 HILLS O' HOME LANE
FORT BRAGG, CA 95437


EDWARDS LIFESCIENCES LLC
23146 NETWORK PLACE
CHICAGO, IL 60673-1231


ELIZABETH PAOLI
816 WOODWARD STREET
FORT BRAGG, CA 95437

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 12 of 42

ELIZABETH RENTERIA
543 MAPLE ST
FORT BRAGG, CA 95437


ELVIA CUEVAS
120 HOCKER LANE
FORT BRAGG, CA 95437


EMILY I MIKSAK
44940 UKIAH ST
MENDOCINO, CA 95460


EMMET O'CONNELL
230 S HARRISON STREET
FORT BRAGG, CA 95437


EMPIRE WASTE MANAGEMENT
PO BOX 541065
LOS ANGELES, CA 90054-1065


ERIC M ALLEN
15183 MITCHELL CREEK
FORT BRAGG, CA 95437


ERIC T MOTTS
17900 N HWY 1 MS5
FORT BRAGG, CA 95437


ERIKA L LUND
516 S WHIPPLE ST
FORT BRAGG, CA 95437


ERNST ARCHITECTS
PO BOX 1959
NICE, CA 95464


ETHOX CORP
251 SENECA ST
BUFFALO, NY 14204


EUREKA OXYGEN, CO
2810 JACOBS AVENUE
EUREKA, CA 95501


EXACTECH
2320 NW 66TH COURT
GAINESVILLE, FL 32653


FENWAL INC
25212 WEST ILLINOIS ROUTE 120

CREDITOR MATRIX.TXT

ROUND LAKE, IL 60073


FFF ENTERPRISES, INC
PO BOX 840150
LOS ANGELES, CA 90084-0150


FORT BRAGG ADVOCATE NEWS
PO BOX 1188
FORT BRAGG, CA 95437


FORT BRAGG BAKERY
360 NORTH FRANKLIN STREET
FORT BRAGG, CA 95437


FORT BRAGG WATERWORKS
416 NORTH FRANKLIN STREET
FORT BRAGG, CA 95437


FREDRICK C ASH
PO BOX 2211
FORT BRAGG, CA 95437


FREDRICK D CHILTON
P.O. BOX 594
FORT BRAGG, CA 95437


FREEDOM HEALTHCARE STAFFING
3025 S PARKER ROAD
SUITE 800
AURORA, CO 80014


FUMIYO SUGITA
350 FRANCISCAN CT #4
FREMONT, CA 94539


GABRIEL FIRST CORP
233 WEST COMMERCIAL
EAST ROCHESTER, NY 14445-0191


GAIL A BOUCHER-PAOLI
30170 ROBIN RD.
FORT BRAGG, CA 95437


GAIL K WESTHEIMER
PO BOX 33
WESTPORT, CA 95488


GAYL K MOON
PO BOX 2266
FORT BRAGG, CA 95437

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 14 of 42

GEORGE C GALLAP
1435 MC FARLAN STREET
EUREKA, CA 95501


GEORGE F HARRIS
460 ALGER ST
FORT BRAGG, CA 95437


GEORGIA E SMITH
444 SOUTH HAROLD STREET
FORT BRAGG, CA 95437


GERALDINE M LEWIS
PO BOX 1170
MENDOCINO, CA 95460


GREGORY M ZIEMER
548 WEST ST
FORT BRAGG, CA 95437


HANSON BRIDGETT LLP
425 MARKET STREET, 26TH FLOOR
SAN FRANCSICO, CA 94105


HARRIS PROFEESIONAL AGENCY
15685 LITTLE PEAK ROAD
HIDDEN VALLEY LAKE, CA 95467


HARVEST MARKET
171 BOATYARD DRIVE
FORT BRAGG, CA 95437


HEALTH CARE DENTAL TRUST
C/O HERITAGE BANK OF COMMERCE
300 MAIN STREET
PLEASANTON, CA 94566-7325


HEALTH CARE LOGISTICS, INC
DEPT L-2412
COLUMBUS, OH 43260-2412


HEATHER L BROWN-DOUGLAS
161 N LINCOLN ST
FORT BRAGG, CA 95437


HEATHER L PAULSEN
PO BOX 1552
FORT BRAGG, CA 95437


HEIDI LOMBARDI

108 WOODLAND DRIVE #A
FORT BRAGG, CA 95437


HEIDI M KRAUT
660 N MCPHERSON ST
FORT BRAGG, CA 95437


HEIDI OLSON
751 MAPLE STREET
FORT BRAGG, CA 95437


HELEN D REMEY
150 1/2 N HARRISON ST
FORT BRAGG, CA 95437


HELEN Z THACKER
32051 ELLISON WAY
FORT BRAGG, CA 95437


HERZOG SURGICAL
590 ROSEBOD LANE STE200
SACRAMENTO, CA 95841


HOSPITAL COUNCIL OF NORTHERN AND
MEMBERSHIP SERVICES
515 S. FIGUEROA ST. 13TH FLOOR
LOS ANGELES, CA 90071


HOWARD, BRENDA
420 S HAROLD STREET
FORT BRAGG, CA 95437


ID CARD GROUP
3410 WEST INDUSTRIAL BLVD
SUITE 105
WEST SACRAMENTO, CA 95691


INTEGRITY SHRED
2595 BROOKHAVEN DRIVE
SANTA ROSA, CA 95405


INTELLIGENT MEDIAL OBJECTS
60 REVERSE DRIVE STE 360
NORTHBROOK, IL 60062


J TRAVIS SKINNER
517 S LINCOLN ST
FORT BRAGG, CA 95437


J&J ORTHO CLINICAL DIAGNOSTICS DIV
100 INDIGO CREEK CR

ROCHESTER, NY 14626


JACQUELINE A NEWELL
30801 BOICE LANE
FORT BRAGG, CA 95437


JAKOB M HERVILLA
PO BOX 162
FORT BRAGG, CA 95437


JAMES A COUPE
PO BOX 1802
MENDOCINO, CA 95460


JASON M HAEFELI
2014 NORDYKE AVE.
SANTA ROSA, CA 95401


JAZELLE A WILLIAMS
934 CEDAR STREET
FORT BRAGG, CA 95437


JEANNA J CAUCKWELL
P.O. BOX 986
FORT BRAGG, CA 95437


JEFF N EDWARDS
PO BOX 2792
FORT BRAGG, CA 95437


JEFFREY R PERKINS
21501 N PETALUMA AVE
FORT BRAGG, CA 95437


JENNIFER C BLACK
PO BOX 1609
GUALALA, CA 95445


JENNIFER K POWERS
200 SUSIE COURT
FORT BRAGG, CA 95437


JENNIFER KALMAN
PO BOX 115
MANCHESTER, CA 95459


JENNIFER L JOHNSTON
1357 OAK STREET
FORT BRAGG, CA 95437

JENNIFER M POLAY
250 N HARRISON ST
FORT BRAGG, CA 95437


JERRI E MIHOS
31161 HIGHWAY 20
FORT BRAGG, CA 95437


JERRY JONES
33100 W. KIRTLAN WAY
FORT BRAGG, CA 95437


JESUSA H MATSON
535 N. WHIPPLE ST.
FORT BRAGG, CA 95437


JOAN A DIAS
17900 OCEAN DR. #59
FORT BRAGG, CA 95437


JOANNA E GONZALEZ
327 N CORRY ST
FORT BRAGG, CA 95437


JOANNE L ABREU
P.O. BOX 673
ALBION, CA 95410


JOHN A FUNDERBURK
238 W. BUSH STREET
FORT BRAGG, CA 95437


JOHN J RUPRECHT
PO BOX 1445
FORT BRAGG, CA 95437


JOHN RUCZAK REFRIGERATION & ELECT
15020 MITCHELL CREEK DRIVE
FORT BRAGG, CA 85437


JOHNSON & JOHNSON ADV STERILIZATION
33 TECHNOLOGY DR
IRVINE, CA 92618


JOHNSON & JOHNSON DEPUY
4240 HOLDENN STREET
EMERYVILLE, CA 94608


JOINT COMMISSION (JCAHO)
P.O. BOX 92775
CHICAGO, IL 60675-2775

JUAN C LUEVANO
8015 PINECREST DRIVE
REDWOOD VALLEY, CA 95470

JUAN HUERTA
631 N MCPHERSON ST
FORT BRAGG, CA 95437

JUDITH HOUGLAND
P O  BOX 211
WESTPORT, CA 95488

JULIA A SEAHOLM
PO BOX 1643
FORT BRAGG, CA 95437

JULIA A SMITH
315 E. BUSH ST.
FORT BRAGG, CA 95437

JULIE A VICHI
447 E. PINE ST
FORT BRAGG, CA 95437

JULIE CONNOLLY
996 STEWART STREET
FORT BRAGG, CA 95437

JULIO SEGURA
345 S. HAROLD ST
FORT BRAGG, CA 95437

JUNICE WILSON
32751 SIMPSON LANE
FORT BRAGG, CA 95437

JURGAN DEVELOPMENT & MFG
6018 S HIGHLANDS AVE
MADISON, WI 53705

K. CHARLES JAHELKA
450 N HARRISON ST
FORT BRAGG, CA 95437

KAREN D HARRIS
PO BOX 1096
FORT BRAGG, CA 95437

KARENANNE L RADICH

PO BOX 156
POINT ARENA, CA 95468


KARI L PAOLI
PO BOX 2688
FORT BRAGG, CA 95437


KATHERINE J FITZGERALD
31500 CEDAR STREET
FORT BRAGG, CA 95437


KATHLEEN A BRUNING
PO BOX 1802
MENDOCINO, CA 95460


KATHLEEN J MACKERT
222 S MAIN ST
FORT BRAGG, CA 95437


KATHLEEN M O'CONNELL
230 S HARRISON STREET
FORT BRAGG, CA 95437


KATHRYN A KUDER
517 S LINCOLN
FORT BRAGG, CA 95437


KATHRYN J COSTA
15361 MITCHELL CREEK DR.
FORT BRAGG, CA 95437


KCI USA (KINETIC CONCEPTS INC)
4958 STOUT DRIVE
PO BOX 659508
SAN ANTONIO, TX 78265


KELLY A LAWRENCE
PO BOX 1433
MENDOCINO, CA 95460


KELLY HENDRICKS
1070 CEDAR ST
FORT BRAGG, CA 95437


KENNETH D HILL
32510 PEARL DRIVE
FORT BRAGG, CA 95437


KIMBERLY J DURYEE
18601 N HIGHWAY ONE #201
FORT BRAGG, CA 95437

KIRK S THOMSEN
PO BOX 1940
UKIAH, CA 95482


KIYOKO KUBODERA
PO BOX 2833
HAYDEN, ID 83835


KOZT
110 SOUTH FRANKLIN STREET
FORT BRAGG, CA 95437


KRISTIE S MADSEN
31488 PEARL DRIVE
FORT BRAGG, CA 95437


KRISTINE A REIBER
PO BOX 1246
MENDOCINO, CA 95460


KRISTY R WILSON
PO BOX 1819
MENDOCINO, CA 95460


KUM JOO KIM
33624 SCHOEFER LANE
FORT BRAGG, CA 95437


KYLE E SILER
37060 N HIGHWAY ONE
WESTPORT, CA 95488


LAN ZHENG
54 WOODLAND AVE
SAN ANSELMO, CA 94960


LANGUAGE LINE SERVICES
P.O. BOX 202564
DALLAS, TX 75320-2564


LAURIE SMITH
16841 HILLS O' HOME LANE
FORT BRAGG, CA 95437


LEANNE S MILLS
22100 BURROWS RANCH RD
FORT BRAGG, CA 95437


LEIGH L LYNCH

P.O. BOX 3656
CLEARLAKE, CA 95422


LENA C COMPTON
32180 ALBION RIDGE ROAD
ALBION, CA 95410


LEWIS/SUMMERS, INC
1547 PALOS VERDES MALL #312
WALNUT CREEK, CA 94597


LIFE-ASSIST, INC.
11277 SUNRISE PARK DRIVE
RANCHO CORDOVA, CA 95742


LILY-JEAN H PANG
24970 WARD AVENUE
FORT BRAGG, CA 95437


LINDA ANN BEAUCHAMP
PO BOX 224
PROBERTA, CA 96078


LINDA C ROYAT
30500 HIGHWAY 20
FORT BRAGG, CA 95437


LINDA M COOPER
P.O. BOX 2108
FORT BRAGG, CA 95437


LINDA M DUTCHER
31050 TURNER RD
FORT BRAGG, CA 95437


LINDA O'LAUGHLIN
PO BOX 1897
MENDOCINIO, CA 95460


LINNEA ORSI
511 SOUTH WHIPPLE STREET
FORT BRAGG, CA 95437


LISA M BOZZOLI
150 EBBING WAY
FORT BRAGG, CA 95437


LISA M NAKKERUD-WHITESIDE
656 N HARRISON ST
FORT BRAGG, CA 95437

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 22 of 42

LOIS E SENGER
P.O. BOX 6
WESTPORT, CA 95488


LOIS F LEISTER
29930 SHERWOOD ROAD
FORT BRAGG, CA 95437


LONNIE L MATHIESON
P.O. BOX 370
FORT BRAGG, CA 95437


LOREE J MILES
4709 FORMAN AVENUE
TOLUCA LAKE, CA 91602


LORENA YANEZ
120 STEWART CIRCLE
FORT BRAGG, CA 95437


LORENZO GARRIDO
968 STEWART ST
FORT BRAGG, CA 95437


LORI A CIMOLINO
350 DENNISON LANE
FORT BRAGG, CA 95437


LORIE A HERVILLA
P.O. BOX 162
FORT BRAGG, CA 95437


LORRAINE M WILLIAMS
660 STEWART ST
FORT BRAGG, CA 95437


LORRI O ARREGUIN
535 S SANDERSON WAY
FORT BRAGG, CA 95437


LOUISE J MARIANA
P.O. BOX 416
MENDOCINO, CA 95460


LUCIA ROSAS
190 S CORRY ST APT # 3
FORT BRAGG, CA 95437


LUCINDA L WEAVER
PO BOX 1441

GUALALA, CA 95445


LYDIA ARNOLD
121 WEST BUSH STREET
FORT BRAGG, CA 95437


LYNN UNROE
PO BOX 167
COMPTCHE, CA 95427


LYNNE M RYERSON
205 MORROW STREET
FORT BRAGG, CA 95437


MAILING TECHNICAL SERVICES
2817 2ND AVENUE N
BILLINGS, MT 59101


MARCIA WEEKS
13201 N. HIGHWAY 1
MENDOCINO, CA 95460


MARCO G PECENCO
1613 E OAK ST
FORT BRAGG, CA 95437


MARGARET C BRADSHAW
PO BOX 836
ALBION, CA 95410


MARGARET M BURKE
PO BOX 390
COMPTCHE, CA 95427


MARGARET R DEMARINIS
114 LONNE WAY
FORT BRAGG, CA 95437


MARGOT LIEBERMAN
28390 ALBION RIDGE ROAD
ALBION, CA 95410


MARIA D CRUZ
260 W FIR ST
FORT BRAGG, CA 95437


MARIA E SEGURA
345 SOUTH HAROLD STREET
FORT BRAGG, CA 95437

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 24 of 42

MARIA MARTINEZ
191 SPRING ST
FORT BRAGG, CA 95437


MARILYN S MAGOFFIN
30560 MIDDLE RIDGE RD
ALBION, CA 95410


MARJORIE A WHETSTONE
30777 BOICE LANE
FORT BRAGG, CA 95437


MARK E KLOSTERMAN
PO BOX 2137
WHITE CITY, OR 97503


MARK G SCHEFFER
PO BOX 2331
FORT BRAGG, CA 95437


MARK R REYNOLDS
200 S. HARRISON ST.
FORT BRAGG, CA 95437


MARKETLAB INC
6850 SOUTHBELT DRIVE
CALDONIA, MI 49316


MARLA J RUTTLEDGE
34401 S HIGHWAY ONE
GUALALA, CA 95445


MARLENA K BAXTER
PO BOX 33
ALBION, CA 95410


MARSHA L GREEN-SMITH
31750 N. MITCHELL CREEK
FORT BRAGG, CA 95437


MARSHA L ROYER
PO BOX 953
FORT BRAGG, CA 95437


MARTELEA TUBBS
1361 OAK STREET
FORT BRAGG, CA 95437


MARTIN, FLETCHER & ASSOCIATES
1525 W WALNUT HILL LANE
SUITE 100

IRVING, TX 75038

MARY C NIELSEN
PO BOX 472
LITTLE RIVER, CA 95456

MARY E WARD
31820 ALICE DRIVE
FORT BRAGG, CA 95437

MARY GEORGE
200 BRANDON WAY
FORT BRAGG, CA 95437

MARYLIN CIFUENTES
PO BOX 2491
FORT BRAGG, CA 95437

MASIMO
40 PARKER
IRVINE, CA 92618

MATHESON TRI-GAS, INC DBA AERIS
DEPT LA 23793
PASADENA, CA 91185-3793

MATHIESON, LONNIE
PO BOX 935
FORT BRAGG, CA 95437

MATTHEW K MIKSAK
PO BOX 380
MENDOCINO, CA 95460

MCKESSON PLASMA AND BIOLOGICS LLC
ONE POST STREET
SAN FRANCISCO, CA 94104

MEDI-DOSE INC
70 INDUSTRIAL DRIVE
IVYLAND, PA 18974

MEDITECH
MEDITECH CIRCLE
WESTWOOD, MA 02090

MEDLINE INDUSTRIES INC
ONE MEDLINE PLACE
MUNDELEIN, IL 60060

MEDTRONIC PHYSIO CONTROL (ERS)
P.O. BOX 97006
REDMOND, CA 98078-9706


MEGAN A BLACK
P.O. BOX 1549
FORT BRAGG, CA 95437


MEGAN F COLLISON
PO BOX 61
ALBION, CA 95410


MELISSA K WARNER
11 FRANCISCAN WAY
CHICO, CA 95973


MELODY F CASEY
600-A ESPEY WAY
FORT BRAGG, CA 95437


MENDOCINO COAST HOME HEALTH
700 RIVER DRIVE
FORT BRAGG, CA 95437


MENDOCINO COAST MEDICAL PLAZA
855 M STREET
SUITE 1010
FRESNO, CA 93721


MERRY X-RAY CHEMICAL CORPORATION
1045 NATIONAL DRIVE SUITE #9
SACRAMENTO, CA 95834


MICHAEL A MCCRUM
236 N HARRISON ST
FORT BRAGG, CA 95437


MICHAEL L COLEMAN
32960 PARKVIEW DRIVE
FORT BRAGG, CA 95437


MICHELE PHILLIBER
P.O. BOX 924
FORT BRAGG, CA 95437


MICHELL PAPPAS
PO BOX 484
FORT BRAGG, CA 95437


MICHELLE C PAREL
907 E OAK STREET

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 27 of 42

FORT BRAGG, CA 95437


MICHELLE V HENRY
32875 MILL CREEK DR
FORT BRAGG, CA 95437


MICKIE BAILEY
419 E LAUREL STREET
FORT BRAGG, CA 95437


MINDY J MCCULLOUGH
P.O. BOX 1134
FORT BRAGG, CA 95437


MONEQUE J WOODEN
PO BOX 2091
FORT BRAGG, CA 95437


MORGAN CHRIS SUMNER
18980 TIMBER POINTE DR
FORT BRAGG, CA 95437


MORGAN N DANIEL
P.O. BOX 1861
MENDOCINO, CA 95460


MOUNTAIN FRESH SPRING WATER COMPANY
PO BOX 2557
SANTA ROSA, CA 95405


MUTUAL OF OMAHA
PO BOX 2147
OMAHA, NE 68103-2147


NANCY A BLIESE
26 MILL CREEK DRIVE
WILLITS, CA 95490


NATHANIEL C NORLING
33100 BEAL LANE
FORT BRAGG, CA 95437


NELSON A ADENA
335 N MCPHERSON ST #4
FORT BRAGG, CA 95437


NEOPOST USA
26250 EDEN LANDING RD
HAYWARD, CA 94545

NERIDA A SOMMER
32140 ELLISON WAY
FORT BRAGG, CA 95437


NEXTGEN HEALTHCARE INFORMATION
PO BOX 511383
LOS ANGELES, CA 90051-7938


NICOLA R BOYNOFF
P.O. BOX 864
MENDOCINO, CA 95460


NORA KATHLEEN WREDE
160 N. HAROLD ST.
FORT BRAGG, CA 95437


NORTH COAST MEDICAL INC
8100 CAMINO ARROYO
GILROY, CA 95020


NUANCE COMMUNICATIONS
C.O CITYBANK LOCKBOX OPERATIONS
1615 BRETT ROAD
NEW CASTLE, DE 19720-2425


OFFICE DEPOT
150-C PROFESSIONAL CENTER DR
RHONERT PARK, CA 94928


OFFICE MAX
75 REMITTANCE DRIVE #2698
CHICAGO, IL 60675-2698


OLGA A CACCAMO
21005 COMPANY RANCH RD
FORT BRAGG, CA 95437


OLINE VANHORN
32647 ODOM LANE
FORT BRAGG, CA 95437


OLYMPUS AMERICA ENDOSCOPY MED INST
3500 CORPORATE PARKWAY
CENTER VALLEY, PA 18034


OLYMPUS AMERICA INC
3500 CORPORATE PKWY
CENTER VALLEY, PA 18034-0610


ONA R LANHAM
PO BOX 54

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 29 of 42

FORT BRAGG, CA 95437


ONWARD HEALTHCARE, INC
GENERAL POST OFFICE
PO BOX 27421
NEW YORK, NY 10087-7421


PACIFIC TELEMANAGMENT SERVICES
2001 CROW CANYON ROAD SUITE 200
SAN RAMON, CA 94583


PAMELA J TIDD
17601 REDWOOD SPRINGS DR.
FORT BRAGG, CA 95437


PAMELA N JOHNSON
31601 LITTLE VALLEY ROAD
FORT BRAGG, CA 95437


PAMELA S MILLER
229 TREASURE LANE
COLDWATER, MI 49036


PARK PLACE INTERNATIONAL
7227 CHAGRIN RD
CHAGRIN FALLS, OH 44023


PATRICIA L MILLER
16445 FRANKLIN ROAD
FORT BRAGG, CA 95437


PATRICK BENNINGER
845 MAYA WAY
UKIAH, CA 95482


PATTI H ANGELETTI
17700 OCEAN DRIVE
FORT BRAGG, CA 95437


PAUL MARK BODDY
PO BOX 2351
FORT BRAGG, CA 95437


PAUL O WILLIAMS
934 CEDAR STREET
FORT BRAGG, CA 95437


PAULA M CROSS
31500 DIGGER CREEK DRIVE
FORT BRAGG, CA 95437

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 30 of 42

PCI MEDICAL
PO BOX 188
DEEP RIVER, CT 06417

PELION SURGICAL
116 VIVION CT
AIKEN, SC 29803

PETER W MCCANN
PO BOX 936
GUALALA, CA 95445

PETRAK & ASSOCIATES, INC
2255 MORELLO AVENUE
SUITE 201
PLEASANT HILL, CA 94523

PG & E
410 NORTH MAIN STREET
FORT BRAGG, CA 95437

PHILIP J SULLIVAN
32000 HWY 20
FORT BRAGG, CA 95437

PHILIP R ROSS
32801 MILLCREEK RD
FORT BRAGG, CA 95437

PHILIPS MEDICAL SYSTEMS
22100 BOTHELL-EVERETT HWY
BOTHELL, WA 98021

PHILLIBER, MICHELLE
PO BOX 924
FORT BRAGG, CA 95437

PHOENIX MEDCOM, INC
10 MEADOW SWEET ROAD
CORTLANDT MANOR, NY 10567

PHYSICIANS RECORD COMPANY
3000 SOUTH RIDGELAND AVE
BERWYN, IL 60402

PPS PLUS SOFTWARE
P. O. BOX 8906
BILOXI, MS 39535

PROFESSIONAL HOSPITAL SUPPLY NORTH

41980 WINCHESTER ROAD
TEMECULA, CA 92590


PROGRESSIVE MEDICAL INTERNATIONAL
2460 ASH STREET
VISAT, CA 92081


QUEST DIAGNOSTICS
FILE 51048
LOS ANGELES, CA 90074-1048


RAFAELA VILLALPANDO
120 S SANDERSON WAY
FORT BRAGG, CA 95437


RAMONA R ANTILL
30801 HIGHWAY 20, SPACE 36
FORT BRAGG, CA 95437


RAYMOND T HINO
PO BOX 133
MENDOCINO, CA 95460


RC MEDICAL INC
PO BOX 833
TOLLAND, CT 06084


REBECCA A KILLION
P. O. BOX 12
WESTPORT, CA 95488


REFLECTX SERVICES
15072 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


REID W PATTERSON
PO BOX 2717
FORT BRAGG, CA 95437


RENA M KINNEY
32941 TREGONING DRIVE
FORT BRAGG, CA 95437


REVUP CREATIVE MEDIA
PO BOX 11
FORT BRAGG, CA 95437


RHONDA E WILSON
17901 GEORGES LANE
FORT BRAGG, CA 95437

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 32 of 42

RHONDA M ROSS
253 N HAROLD ST
FORT BRAGG, CA 95437


RITA M HANOVER
P.O. BOX 324
FORT BRAGG, CA 95437


ROBERT POTTS
27328 BEAR DRIVE
WILLITS, CA 95490


ROBERT R RHOADES
13100 POMO LANE
MENDOCINO, CA 95460


ROBERT R TAYLOR
PO BOX 2062
FORT BRAGG, CA 95437


ROBERTA S MORROW-JONES
18900 DWYER LANE
FORT BRAGG, CA 95437


ROBIN L VARGAS
20751 FAWN LANE
FORT BRAGG, CA 95437


ROBYN A TAYLOR
500 N MC PHERSON ST
FORT BRAGG, CA 95437


ROGELIO B FONTANILLA
227 PARK STREET
FORT BRAGG, CA 95437


ROSA I RAMOS
340-1/2 S HAROLD STREET
FORT BRAGG, CA 95437


ROSALIE A PATKE
PO BOX 2411
FORT BRAGG, CA 95437


ROSARIO T GEIS
30401 SHERWOOD ROAD
FORT BRAGG, CA 95437


ROSSI'S BUILDING MATERIALS
835 STEWART STREET

FORT BRAGG, CA 95437


ROWAN A O'DAY
11501 N HIGHWAY ONE
MENDOCINO, CA 95460


S & W HEALTHCARE CORP
15251 FLIGHT PATH DR.
BROOKSVILLE, FL 34604


SABRE R KING-GALLO
32771 NAVARRO RIDGE ROAD
ALBION, CA 95410


SAC-VAL JANITORIAL SUPPLY
2421 DEL MONTE ST.
WEST SACRAMENTO, CA 95691


SANDRA A LOWE
P.O. BOX 1148
MENDOCINO, CA 95460


SANDRA E ELWOOD
32450 MILL CREEK DRIVE
FORT BRAGG, CA 95437


SANOFI PASTEUR, INC
12458 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


SARAH A MECHLING
44260 GORDON LANE
MENDOCINO, CA 95460


SARAH C WAGNER
22061 BURROWS RANCH RD
FORT BRAGG, CA 95437


SARAH J BROOKINS
17500 OCEAN DRIVE
FORT BRAGG, CA 95437


SASHA GRAHAM
44401 GORDON LANE
MENDOCINO, CA 95460


SAUL DIAZ
PO BOX 1177
MENDOCINO, CA 95460

SCARLETT I ROSA
PO BOX 2633
FORT BRAGG, CA 95437


SCOTT D MIX
210 AZALEA CIRCLE
FORT BRAGG, CA 95437


SEAN M CONNOLLY
996 STEWART STREET
FORT BRAGG, CA 95437


SEVEN UP
P.O. BOX 15820
SACRAMENTO, CA 95852-0820


SHAMROCK SCIENTIFIC SPECIALTY SYS
34 DAVIS DRIVE
BELLWOOD, IL 60104


SHANNON L FOREMAN
PO BOX 2743
FORT BRAGG, CA 95437


SHARI LYONS
PO BOX 722
MENDOCINO, CA 95460


SHARON A HUNTER
PO BOX 996
FORT BRAGG, CA 95437


SHARON E MORRIS
P.O. BOX 934
FORT BRAGG, CA 95437


SHARON SUMNER
18980 TIMBER POINTE DR
FORT BRAGG, CA 95437


SHELLEY J WARE
P.O. BOX 2940
FORT BRAGG, CA 95437


SHERI M TOENNIS
18801 NORTH HIGHWAY ONE
FORT BRAGG, CA 95437


SHERYL A HOAGLUND
PO BOX 692
MENDOCINO, CA 95460

SHONDA R SANDERS
159 HOCKER LANE
FORT BRAGG, CA 95437


SIEMENS HEALTHCARE DIAGNOSTICS
1717 DEERFIELD RD
PO BOX 778
DEERFIELD, IL 60015-0778


SIERRA VALLEY CANCER REGISTRY
3941 PARK DRIVE SUITE 2O #171
ELDORADO HILLS, CA 95762


SOFTWAREMEDIA.COM
916 SOUTH MAIN ST
SALT LAKE CITY, UT 84101


ST. JOHN COMPANIES
PO BOX 51623
LOS ANGELES, CA 90051-5563


STANDARD REGISTER
600 ALBANY ST
DAYTON, OH 45417


STEPHANIE THOMPSON
521 CYPRESS ST #23
FORT BRAGG, CA 95437


STEPHEN HOLCOMB
PO BOX 2862
FORT BRAGG, CA 95437


STERICYCLE, INC
PO BOX 6578
CAROL STREAM, IL 60197-6578


STEVE CLARK & ASSOCIATES
1120 IRON POINT ROAD
SUITE 150
FOLSOM, CA 95630


STEVEN E JORDAN
PO BOX 1452
MENDOCINO, CA 95460


STEVEN LACKEY
PO BOX 1841
MENDOCINO, CA 95460

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 36 of 42

STRECK LABORATORIES
7002 S. 109
LAVISTA, NE 68128


STRYKER ENDOSCOPY
5900 OPTICAL COURT
SAN JOSE, CA 95138


STRYKER INSTRUMENTS
4100 E. MILHAM RD
KALAMAZOO, MI 49001


STRYKER ORTHOPAEDICS
325 CORPORATE DRIVE
MAHWAH, NJ 07430


SUBURBAN PROPANE
2255 SOUTH MAIN STREET
LAKEPORT, CA 95453


SUE S SPARACINO
P.O. BOX 2932
FORT BRAGG, CA 95437


SUNIE K ROACH
30354 PUDDING CREEK ROAD
FORT BRAGG, CA 95437


SUSAN A SISK
30900 SIMPSON LANE
FORT BRAGG, CA 95437


SUSAN G KLOTZ
PO BOX 1793
FORT BRAGG, CA 95437


SUSAN G SYMONDS
PO BOX 105
CASPAR, CA 95420


SUSAN J NELLA
1400 E. OAK ST.
FORT BRAGG, CA 95437


SUSAN J SHERRILL
32300 O'BAYLEY DRIVE
FORT BRAGG, CA 95437


SUSAN JONES
33100 W. KIRTLAN WAY

FORT BRAGG, CA 95437

SUSAN L CURTIS
43500 LITTLE RIVER AIRPORT RD
LITTLE RIVER, CA 95456

SUSANA P JUNG
P.O. BOX 545
MENDOCINO, CA 95460

SUZANNE H HEWITT
PO BOX 159
ALBION, CA 95410

SYLVIA A BURLEW
521 CYPRESS #37
FORT BRAGG, CA 95437

TAMBRA L BAKER
315 CHESTNUT ST
FORT BRAGG, CA 95437

TAMMIE BAIN
P.O. BOX 716
FORT BRAGG, CA 95437

TAMMY L WARD
20614 NURNBERGER LANE
FORT BRAGG, CA 95437

TANYA Y WYLDFLOWER
20751 DENNISON LANE
FORT BRAGG, CA 95437

TATJANA OKUKA
17641 N. HIGHWAY 1
FORT BRAGG, CA 95437

TECHNICAL ROOF SERVICES INC
2339 STANWELL CIR, SUITE A
CONCORD, CA 94520-4875

TERANCE WONG & ASSOCIATES
350 AUGUSTA DRIVE
PALM DESERT, CA 92211-1730

TERESA A THOMPSON
23721 BOULDIN LANE
FORT BRAGG, CA 95437

TERESA J MCIVOR
1678 LILAC COURT #A
WILLITS, CA 95490


TEREZA C PAN
330 E. ALDER STREET
FORT BRAGG, CA 95437


TERRENCE J TISMAN
8515 OAK WAY
WINDSOR, CA 95492


TERRENCE M KNAUS
21601 FORSTER LANE
FORT BRAGG, CA 95437


TERRI KEMP
PO BOX 356
LITTLE RIVER, CA 95456


TERRI L EBREY
PO BOX 664
MENDOCINO, CA 95460


TERRY L JOHNSON
1184 N MAIN STREET #32
FORT BRAGG, CA 95437


THAIS MAZUR
17201 OCEAN DRIVE
FORT BRAGG, CA 95437


THANKSGIVING COFFEE COMPANY, INC
PO BOX 1918
FORT BRAGG, CA 95437


THE SHAMS GROUP
701 CANYON DRIVE
SUITE 100
COPPEL, TX 75019


THOMAS BAIDUC
30171 SIMPSON LANE
FORT BRAGG, CA 95437


THRIFTY SUPPLY COMPANY
50 CAROUSEL LANE #17
UKIAH, CA 95482


TIMBERLINE ELECTRIC
PO BOX 516

FORT BRAGG, CA 95437


TINA M PERRY
44750 RAVEN LANE
MENDOCINO, CA 95460


TISSUE BANKS INTERNATIONAL
815 PARK AVE
BALTIMORE, MD 21201


TOSHIBA AMERICA MEDICAL CREDIT
3000 ATRIUM WAY
STE 284
MOUNT LAUREL, NJ 08054


TOSHIBA AMERICA MEDICAL SYSTEMS
2441 MICHELLE DR.
TUSTIN, CA 92780


TRACIE L CHAFFIN
P.O. BOX 889
MENDOCINO, CA 95460


TRI-ANIM HEALTH SERVICES INC
13170 TELFAIR AVENUE
SYLMAR, CA 91342-3587


TRUSTAFF
PO BOX 73426
CLEVELAND, OH 44193


URESIL, LP
DEPT 5060
PO BOX 87618
CHICAGO, IL 60680-0618


USCB AMERICA
PO BOX 74929
LOS ANGELES, CA 90004


VALLEY EMERGENCY PHYSICANS
1990 N CALIFORNIA BLVD
SUITE 400
WALNUT CREEK, CA 94596


VISION SERVICE PLAN - (CA)
PO BOX 45210
SAN FRANCISCO, CA 94145-5210


VITALOGRAFT INC
13310 W. 99TH ST

Case: 12-12753   Doc# 3   Filed: 10/17/12   Entered: 10/17/12 16:36:01   Page 40 of 42

LENEXA, KS 66215


VIVIAN DANIEL
P.O. BOX 1861
MENDOCINO, CA 95460


WATLAND BILLING CONSULTANTS, LLC
PO BOX 34120
RENO, NV 89533


WAYNE C ALLEN
11051 HILLS RANCH ROAD
MENDOCINO, CA 95460


WENDY A MELCHER
PO BOX 2625
FORT BRAGG, CA 95437


WENDY L O'BRYAN
PO BOX 1342
FORT BRAGG, CA 95437


WHISPERING PINES WATER
309 SOUTH MCPHERSON STREET
FORT BRAGG, CA 95437


WILLIAM SCOTT KIDD
PO BOX 2444
MENDOCINO, CA 95460


WILLIAM V LEE
129 N HARRISON ST
FORT BRAGG, CA 95437


WILLIE L MARTIN
162-1/2 N MCPHERSON
FORT BRAGG, CA 95437


WINOLA LAKE HEALTHCARE TECHNOLOGY
6120 KIT ROAD
PIPERSVILLE, PA 18947


XEROX CORPORATION
PO BOX 101235
PASADENA, CA 91189-0005


YULIANA ESCOBEDO CHI
1353 OAK STREET
FORT BRAGG, CA 95437

ZIMMER
PO BOX 708
WARSAW, IN 46581-0708


ZOLL MEDICAL CORPORATION
269 MILL ROAD
CHELMSFORD, MA 01824