Thomas P. Kelly III, SBN 230699
50 Old Courthouse Square, Suite 609
Santa Rosa, California, 95404-4926
Telephone : 707-545-8700
Facsimile : 707-542-3371
Email : tomkelly@sonic.net

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SANTA ROSA DIVISION

| In re: | Case Number: 11-14625 |
|---|---|
| MENDOCINO COAST HEALTH CARE DISTRICT | Chapter 7 |
| Debtor. | REQUEST FOR SPECIAL NOTICE |
| TAX ID : 95-2627981 | 11 U.S.C. §101(5)<br>11 U.S.C. §101(10)<br>11 U.S.C. §1109(b)<br>F.R.B.P. 9010 |

TO THE DEBTOR, THE COURT, OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES HEREIN:

PLEASE TAKE NOTICE that the undersigned hereby requests special notice in the case referenced above pursuant to 11 U.S.C. §§101(5),(10), 11 U.S.C. §1109(b) and Rule 9010 of the Federal Rules of Bankruptcy Procedure. The requesting party does not represent any party in the case referenced above, and is merely an interested party.

Requesting Party waives all requirements of service by mail, facsimile, or personal service. Requesting Party will accept service and/or notice through the ECF system of the Court, exclusively.

Dated: October 17, 2012          /s/ Thomas P. Kelly III
                                  Thomas P. Kelly III
                                  Attorney at Law

Thomas P. Kelly III
50 Old Courthouse Sq.
Suite 609
Santa Rosa, California
95404-4926
(707)545-8700

REQUEST FOR SPECIAL NOTICE    Page 1 of 1

Case: 12-12753   Doc# 5   Filed: 10/18/12   Entered: 10/18/12 17:25:19   Page 1 of 1