Entered on Docket
October 24, 2012
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
Mendocino Coast Health Care District,

Case No.: 12-12753
Chapter: 9

Debtor(s). /

ORDER FOR APPOINTMENT OF HEALTH CARE OMBUDSMAN

Pursuant to §333 of the Bankruptcy Code, it appearing that the debtor is a health care business as defined by §101(27A) of the Code,

IT IS ORDERED that a health care ombudsman is appointed effective November 3, 2012.

PROVIDED, HOWEVER, that if objection to appointment of a health care ombudsman is filed by November 2, 2012, then this order shall be stayed until the objection is resolved. The hearing on any such objection shall be Friday, November 9, 2012 , at 9:00 AM, unless otherwise ordered.

Dated: October 24, 2012



Alan Jaroslovsky
U.S. Bankruptcy Judge