FRIEDMAN & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
ELLEN A. FRIEDMAN (S.B. NO. 127684)
RUTH STONER MUZZIN (S.B. NO. 276394)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
aporter@friedmanspring.com

Attorneys for Mendocino Coast Health Care District

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Case No. 12-12753<br><br>CHAPTER 9<br><br>**APPLICATION FOR ORDER (1) CONFIRMING DEADLINE FOR FILING LIST OF CREDITORS, (2) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION, AND (3) DIRECTING AND APPROVING FORM OF NOTICE** |

Mendocino Coast Health Care District, the above-captioned Chapter 9 debtor (the "District") seeks an order (1) confirming the deadline for filing the District's list of creditors under section 924 of the Bankruptcy Code, (2) setting a deadline for filing objections to the petition initiating this Chapter 9 case, pursuant to section 921 of the Bankruptcy Code, and (3) directing and approving form of notice, pursuant to section 923 of the Bankruptcy Code, in lieu of sending or publishing a copy of the Court's order of October 24, 2012, along with related information that (a) confirms that the District is required by section 503 of the Bankruptcy Code to pay postpetition obligations in full in the ordinary course of its business, (b) that that automatic stay of section 362 of the Bankruptcy Code prohibits creditor collection efforts, and (c) that provides certain information to the holders of the District's bonds. In support of its application, the District respectfully represents as follows:

{00647833.DOC v 2}
APPLICATION FOR ORDER (1) CONFIRMING
DEADLINE FOR FILING LIST OF CREDITORS, ETC.

Case: 12-12753    Doc# 13    Filed: 10/25/12    Entered: 10/25/12 14:26:18    Page 1 of 6

1. The District, a public agency formed in 1967 under the State of California Local Healthcare District Law for the purpose of constructing a public hospital to serve the people of Mendocino County, filed its voluntary petition under Chapter 9 of the United States Bankruptcy Code on October 17, 2012. The District operates two divisions: the Mendocino Coast District Hospital (the "Hospital") and the Mendocino Coast Home Health & Hospice.

2. The Hospital is a 25-bed acute-care facility completed in 1971. It is licensed by the California Department of Health Services and accredited by the Joint Commission on Accreditation of Healthcare Organizations. In 2006, as a result of its remote location and the needs of the relatively isolated community that it serves, the Hospital was designated a Critical Access Hospital by the federal government, a designation that entitles it to certain Medicare benefits and exemptions.

3. The District encompasses approximately 680 square miles and extends approximately 70 miles south from the Humboldt/Mendocino County line. The Hospital serves an estimated population of 25,000. The closest alternative facility is in Willits, California, a drive of thirty-seven miles that takes about fifty minutes over a rural road which, at times, is impassable.

### Deadline for Filing List of Creditors

4. Section 924 of the Bankruptcy Code and Rule 1007(a) of the Federal Rules of Bankruptcy Procedure require the District to file a list of creditors. The Court has fixed the deadline as October 31, 2012.

### Deadline for Filing Objections to Petition

5. Section 921(d) of the Bankruptcy Code provides for the entry of an order of relief only if the petition is not dismissed under Section 921(c) of the Bankruptcy Code which first requires that an objection to the petition be filed. In order to expedite the entry of an order for relief in this case, the District requests that the deadline for filing objections be established as November 26, 2012.

### Notice of Commencement, Entry of Order for Relief, and Related Information

6. Section 923 of the Bankruptcy Code requires that notice of the commencement of the case and of the entry of the order for relief be given and that such notice be published for three successive weeks in at least one newspaper of general circulation within this district and in a newspaper having a general circulation among bond dealers and bondholders.

7. A copy of the proposed form of notice (the "Notice") is attached hereto as Exhibit A and includes:

    a. Notice of the deadline for filing the list of creditors in the Chapter 9 case;

    b. Notice of the deadline for objecting to the Chapter 9 petition including the provision that, if no objection to the petition is timely filed, that the Notice be deemed notice of the order for relief;

    c. Notice of the requirement to pay postpetition obligations in full under section 503 of the Bankruptcy Code and of the imposition of the automatic stay of section 362 of the Bankruptcy Code; and

    d. Information for holders of the District's bonds that the bonds are protected either by the guaranty of the Cal-Mortgage Insurance division of the Office of Statewide Health Planning and Development of the State of California or by dedicated parcel tax revenues from the County of Mendocino and that the District does not expect that the filing of the Chapter 9 case will impair the interests of its bondholders. The notice to bondholders is supported by the Declaration of Wayne C. Allen filed herewith.

8. The District believes that the *Ft. Bragg Advocate-News* and the *Mendocino Beacon,* as well as the *Santa Rosa Press Democrat* are newspapers of general circulation within the Northern District of California, and are appropriate for a healthcare district serving Mendocino County. The District believes that *The Bond Buyer* has a general circulation among bond dealers and bondholders. Accordingly, publication of notice in these newspapers constitutes good and sufficient notice as required by section 923 of the Bankruptcy Code.

WHEREFORE, the District requests the Court to enter its order:

1. Approving the Notice in substantially the form attached hereto as Exhibit A;

2. Authorizing the publication of the Notice in lieu of a copy of the Court's order of October 24, 2012;

3. Approving the manner of publication of the Notice set forth herein in the *Ft. Bragg Advocate-News* and the *Mendocino Beacon,* the *Santa Rosa Press Democrat*, and *The Bond Buyer*; and

4. Directing that a copy of the Notice be posted in conspicuous places in the Hospital, and mailed to the holders of the District's twenty largest unsecured creditors, to all known holders of liens on property of the District, to all persons having filed and served requests for notice in the Chapter 9 case in accordance with such requests, and to counsel for United Food and Commercial Workers Local 8, as representative of the District's employees.

Dated: October 25, 2012                    FRIEDMAN & SPRINGWATER LLP

                                           By:  */s/ Andrea T. Porter*
                                                Andrea T. Porter
                                                Attorneys for the District

UNITED STATES BANKRUTPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Case No. 12-12753<br><br>CHAPTER 9<br><br>NOTICE OF COMMENCEMENT OF CHAPTER 9 CASE<br>(1)DEADLINE FOR FILING LIST OF CREDITORS,<br>(2)DEADLINE FOR FILING OBJECTIONS TO PETITION<br>(3)INFORMATION FOR CREDITORS REGARDING POSTPETITION PAYMENTS, THE AUTOMATIC STAY AND INFORMATION FOR BONDHOLDERS |

TO CREDITORS AND PARTIES IN INTEREST:

NOTICE IS HEREBY GIVEN THAT:

1.  **Commencement of Chapter 9 Case.** Mendocino Coast Health Care District (the "District") filed a voluntary petition under Chapter 9 of the United States Bankruptcy Code on October 17, 2012. The District, a public agency formed in 1967 under the State of California Local Healthcare District Law for the purpose of constructing a public hospital to serve the people of Mendocino County, operates two divisions: the Mendocino Coast District Hospital (the "Hospital") and the Mendocino Coast Home Health & Hospice. The Hospital is a 25-bed acute-care facility completed in 1971. It is licensed by the Department of Health Services and accredited by the Joint Commission on Accreditation of Healthcare Organizations.

2.  **Deadline for Filing List of Creditors.** Section 924 of the Bankruptcy Code and Rule 1007(a) of the Federal Rules of Bankruptcy Procedure require the District to file a list of creditors. The Court has fixed the deadline as October 31, 2012.

3. **Deadline for Filing Objections to Petition.** Section 921(d) of the Bankruptcy Code provides for the entry of an order of relief only if the petition is not dismissed under Section 921(c) of the Bankruptcy Code which first requires that an objection to the petition be filed. The deadline for filing objections is November 26, 2012. Any objection must state the facts and legal authorities relied upon in support of the objection. If an objection is timely filed, the District will set a hearing to consider the objection and give parties in interest no fewer that 20 days' notice of that hearing.

4. **Order for Relief.** If no objection to the petition is timely filed, October 17, 2012 will be deemed the date of the order for relief and this notice will be deemed notice of the order for relief under sections 301, 901, and 921 of the Bankruptcy Code.

5. **Information for Creditors Regarding Postpetition Obligations, the Automatic Stay, and Information for Bondholders.**

    a. <u>The Automatic Stay.</u> The filing of the petition invokes the automatic stay of section 362 of the Bankruptcy Code which enjoins any and all acts against the District to enforce a claim against the District that existed on the filing date.

    b. <u>Postpetition Payment Requirements.</u> Section 503 of the Bankruptcy Code requires the District to pay all obligations incurred after the filing date in full in the ordinary course of its business.

    c. <u>Bondholder Information.</u> District bonds are protected by the guaranty of the Cal-Mortgage Insurance division of the Office of Statewide Health Planning and Development of the State of California or by dedicated parcel tax revenues from the County of Mendocino. The District does not expect that the Chapter 9 case will impair the interests of its bondholders.

FRIEDMAN & SPRINGWATER LLP
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Attorneys for the District