FRIEDMAN & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
ELLEN A. FRIEDMAN (S.B. NO. 127684)
RUTH STONER MUZZIN (S.B. NO. 276394)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
aporter@friedmanspring.com

Attorneys for Mendocino Coast Health Care District

UNITED STATES BANKRUTPCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re | Case No. 12-12753 |
|---|---|
| MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | CHAPTER 9<br><br>DECLARATION OF WAYNE C. ALLEN IN SUPPORT OF APPLICATION FOR ORDER<br>(1) CONFIRMING DEADLINE FOR FILING LIST OF CREDITORS,<br>(2) SETTING DEADLINE FOR FILING OBJECTIONS TO PETITION, AND<br>(3) DIRECTING AND APPROVING FORM OF NOTICE |

I, Wayne C. Allen, declare:

I am the Interim Chief Executive Officer and the Chief Financial Officer of the Mendocino Coast Health Care District, the above-captioned Chapter 9 debtor (the "District"). I make this declaration in that capacity and, if called upon to do so, could and would testify, of my own personal knowledge, to the facts set forth below. I make this declaration in support of the District's application for an order (1) confirming the deadline for filing the District's list of creditors,(2) setting a deadline for filing objections to the petition initiating this Chapter 9 case, and (3) directing and approving form of notice.

1. The District, a public agency formed in 1967 under the State of California Local Healthcare District Law for the purpose of constructing a public hospital to serve the people of Mendocino County, filed its voluntary petition under Chapter 9 of the United States Bankruptcy Code on October 17, 2012. The District operates two divisions:

{00651933.DOC v 1}      DECLARATION RE ORDER (1) CONFIRMING DEADLINE FOR FILING LIST OF CREDITORS, ETC.

Case: 12-12753    Doc# 14    Filed: 10/25/12    Entered: 10/25/12 14:37:40    Page 1 of 2

the Mendocino Coast District Hospital (the "Hospital") and the Mendocino Coast Home Health & Hospice.

2. The Hospital is a 25-bed acute-care facility completed in 1971. It is licensed by the California Department of Health Services and accredited by the Joint Commission on Accreditation of Healthcare Organizations. In 2006, as a result of its remote location and the needs of the relatively isolated community that it serves, the Hospital was designated a Critical Access Hospital by the federal government, a designation that entitles it to certain Medicare benefits and exemptions.

3. The District encompasses approximately 680 square miles and extends approximately 70 miles south from the Humboldt/Mendocino County line. The Hospital serves an estimated population of 25,000. The closest alternative facility is in Willits, California, a drive of thirty-seven miles that takes about fifty minutes over a rural road which, at times, is impassable.

4. The District's bonds are protected either by the guaranty of the Cal-Mortgage Insurance division of the Office of Statewide Health Planning and Development of the State of California or by dedicated parcel tax revenues from the County of Mendocino. The District does not expect that the filing of the Chapter 9 case will impair the interests of its bondholders.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 24, 2012 at Fort Bragg, California.

/s/ Wayne C. Allen
Wayne C. Allen