Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603-4080

FILED
NOV - 5 2012
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

Mendocino Coast Health Care District

Debtor(s).

Case No. 12-12753
Chapter 9

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to B.L.R. 1001-2(a)(29) and Civil L.R. 11-3, James E. Spiotto, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing UnitedHealth Group Incorporated in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;
2. I agree to abide by the Standards of Professional Conduct set forth in Local Rule 11-4, and agree to become familiar with the Local Rules and the Bankruptcy Dispute Resolution Program of this Court; and,
3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Todd Dressel (SBN 220812), Chapman and Cutler LLP
   595 Market Street, 26th Floor, San Francisco, CA 94105
   Telephone: 415-278-9088.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/26/2012

[signature]

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

James Ernest Spiotto

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 27, 1972 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Thursday, October 25, 2012.

Carolyn Taft Grosboll

Clerk

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611008220
Cashier ID: voltzs
Transaction Date: 11/02/2012
Payer Name: CHAPMAN AND CUTLER

---

PRO HAC VICE
For: james e. spiotto
Case/Party: D-CAN-3-12-AT-PROHAC-001
Amount: $305.00

---

PAPER CHECK CONVERSION
Check/Money Order Num: 1476
Amt Tendered: $305.00

---

Total Due: $305.00
Total Tendered: $305.00
Change Amt: $0.00

12-12753 chapter 9

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.