FRIEDMAN & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
ELLEN A. FRIEDMAN (S.B. NO. 127684)
DANIEL A. NOLAN IV (S.B. NO. 284970)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
aporter@friedmanspring.com

Attorneys for Mendocino Coast Health Care District

**Signed: February 4, 2013**

ALAN JAROSLOVSKY U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>    Debtor. | Case No. 12-12753<br><br>CHAPTER 9<br><br>**ORDER LIMITING NOTICE**<br><br>Date: February 1, 2013<br>Time: 10:00 a.m.<br>Place: 99 South E Street<br>        Santa Rosa, CA<br>Judge: Alan Jaroslovsky |

    Upon the motion of the Mendocino Coast Health Care District, the above-captioned Chapter 9 debtor (the "District"), for an order of the Court, pursuant to Rules 2002(m), 4001, 9007, 9013, 9014, and 9019 of the Federal Rules of Bankruptcy Procedure, limiting the number of persons to whom the District is required to give notice of motions or applications (other than those where notice to all creditors is mandatory); the Court having reviewed the motion and finding that appropriate notice was given to all creditors and parties in interest in the case and that no objection was filed; the Court having also heard the motion of the District and the Patient Care Ombudsman (the "Ombudsman") made on the record at the hearing regarding notice of the reports of the Ombudsman required by Rule 2015.1 of the Federal Rules of Bankruptcy Procedure, and cause appearing therefor, it is hereby

    ORDERED:

    1.    That the motions are granted;

2. That notice of motions and applications (a) to approve a compromise or settlement of a controversy, (b) to assume or reject executory contracts or unexpired leases (c) to use property other than in the ordinary course of its business if an order of the Court is sought, (d) motions or agreements regarding the automatic stay, and (e) notices of the filing and availability of a report made by the Ombudsman are considered "Limited Notice Matters";

3. That notice of Limited Notice Matters will be adequate and sufficient if given to any person affected by the motion or application, to counsel to a committee of unsecured creditors, or, unless or until such committee exists, to the holders of the twenty largest claims against the District, and to those persons who file with the Court and serve the District with a request for notice in the case; and

4. That, in addition to the foregoing, the District shall post a notice of the filing of any report made by the Ombudsman in at least two central locations at the District's facilities.

**\*\*END OF ORDER\*\***