Signed: February 4, 2013

ALAN JAROSLOVSKY U.S. Bankruptcy Judge

FRIEDMAN & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
ELLEN A. FRIEDMAN (S.B. NO. 127684)
DANIEL A. NOLAN IV (S.B. NO. 284970)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
aporter@friedmanspring.com

Attorneys for Mendocino Coast Health Care District

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Case No. 12-12753<br><br>CHAPTER 9<br><br>**ORDER AUTHORIZING ASSUMPTION OF EXECUTORY CONTRACT (BETA RISK MANAGEMENT AUTHORITY)**<br><br>Date: February 1, 2013<br>Time: 10:00 a.m.<br>Place: 99 South E Street<br>Santa Rosa, CA<br>Judge: Alan Jaroslovsky |

Upon the motion of Mendocino Coast Healthcare District, the above-captioned Chapter 9 debtor (the "District"), for an order, pursuant to section 365(a) of the Bankruptcy Code, Rules 6006(a) and (c) of the Federal Rules of Bankruptcy Procedure, and Rule 9014-1 of the Bankruptcy Local Rules for the Northern District of California, authorizing the District to assume three agreements between the District and BETA Risk Management Authority and related entities ("BETA"); notice of the hearing to consider the motion having been given by regular mail to all persons listed on the List of Claims filed on October 31, 2012 and to all persons having filed and served a request for notice in the Chapter 9 case, and the Court finding that such notice is adequate; the Court having reviewed the motion and the supporting

{00660086.DOC v 2}

declaration of Wayne C. Allen, having found that no objection to the entry of an order granting the motion has been filed, and cause appearing therefor, it is hereby

ORDERED that:

1. The motion is granted;

2. The District is authorized to assume the Healthcare Entity Comprehensive Liability Coverage Contract (Certificate No. C-12-013) having an effective date of July 1, 2012 at 12:01 a.m. and an expiration date of July 1, 2013 at 12:01 a.m.; the Health Care Equipment Coverage Contract between the District and BETA+ Equipment and Support Technology (BEST) dated August 8, 2011; and the Third Amended Joint Powers Agreement Establishing the BETA+ Equipment Support and Technology (BEST) Risk Financing Program for the BETA Healthcare Group Risk Management BHG (collectively, the "BETA Agreements");

3. The District is authorized and directed to pay the prepetition unpaid amounts owed under the Healthcare Entity Comprehensive Liability Coverage Contract in the amount of approximately $35,737 in no more than two installments, one- half (or approximately $17,867) upon the entry of this order and the balance on or before May 31, 2013;

4. The District is authorized and directed to pay the prepetition unpaid amounts owed under the Health Care Equipment Coverage Contract in the amount of approximately $7,698 upon the entry of this order;

5. BETA Risk Management Authority and BETA+ Equipment and Support Technology (BEST) will have allowed administrative claims in the Chapter 9 case equal to the allowed cure amounts; and

6. Nothing in this order prohibits BETA or the District from seeking a subsequent order of the Court requiring accelerated payment of the allowed cure amounts if circumstances warrant the entry of such order.

**END OF ORDER**