FRIEDMAN & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
ELLEN A. FRIEDMAN (S.B. NO. 127684)
DANIEL A. NOLAN IV (S.B. NO. 284970)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
aporter@friedmanspring.com

Attorneys for Mendocino Coast Health Care District

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Case No. 12-12753<br><br>CHAPTER 9<br><br>**ORDER FOR RELIEF AND SETTING DEADLINE FOR FILING PROOFS OF CLAIM**<br><br>Date: February 1, 2013<br>Time: 10:00 a.m.<br>Place: 99 South E Street<br>Santa Rosa, CA<br><br>Judge: Alan Jaroslovsky |

The Mendocino Coast Health Care District (the "District") having requested an order for relief in the above-captioned Chapter 9 case under section 921(d) of the Bankruptcy Code and the Court having found that the only objection to the petition, filed by the California Public Employees' Retirement System, was deemed withdrawn by the Court's order of January 28, 2013 [Docket No. 62], it is hereby

ORDERED that the District shall have its order for relief effective as of the petition date of October 17, 2012; and it is further

ORDERED that March 29, 2013 is the deadline for filing proofs of claims in the District's Chapter 9 case. The District shall give notice immediately. The notice shall instruct claimants not to attach medical records to claims.

{00660643.DOC v 1}

1 | DATED: February 13, 2013

Alan Jaroslovsky
U. S. Bankruptcy Judge