| | |
|---|---|
| FRIEDMAN & SPRINGWATER LLP<br>ANDREA T. PORTER (S.B. NO. 095984)<br>ELLEN A. FRIEDMAN (S.B. NO. 127684)<br>DANIEL A. NOLAN IV (S.B. NO. 284970)<br>33 New Montgomery Street, Suite 290<br>San Francisco, CA 94105<br>Telephone Number: (415) 834-3800<br>aporter@friedmanspring.com<br><br>Attorneys for Mendocino Coast Health Care District | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Case No. 12-12753<br><br>CHAPTER 9<br><br>**NOTICE OF ORDER FOR RELIEF AND DEADLINE FOR FILING PROOFS OF CLAIM** |

The Mendocino Coast Health Care District has received its order for relief in this Chapter 9 case effective as of the petition date of October 17, 2012.

**DEADLINE FOR FILING CLAIMS**

**PLEASE TAKE NOTICE** that **March 29, 2013** is the deadline for filing proofs of claim in the Chapter 9 case. A proof of claim form is included for creditors. **DO NOT INCLUDE MEDICAL RECORDS OR A SOCIAL SECURITY NUMBER WITH YOUR CLAIM.**

All signed original proofs of claim must be filed with the Bankruptcy Court on or before March 29, 2013. Proofs of claim will be deemed filed only when actually received by the Bankruptcy Court and can be filed electronically via ECF or mailed to the following address:

US Bankruptcy Court
Northern District of California
99 South "E" Street
Santa Rosa, CA 95404

| | |
|---|---|
| Dated: February 14, 2013 | FRIEDMAN & SPRINGWATER LLP<br><br>By: */s/ Andrea T. Porter*<br>Andrea T. Porter Attorneys for District |

{00661578.DOC v 1}