UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | In Proceedings Under Chapter 9 |
| ) | |
| Mendocino Coast Health Care District, ) | |
| ) | Case No. 12-12753 |
| Debtor. ) | |
| ) | |
| ) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF DOCUMENTS BY QUALITY SYSTEMS, INC.

TO ALL PARTIES, PLEASE TAKE NOTICE THAT:

Quality Systems, Inc., through its counsel, Larry E. Parres, John J. Hall, and Lewis, Rice & Fingersh, files this Notice of Appearance and Request for Notices in the above-styled case, and pursuant to 11 U.S.C. §§ 342 and 1109(b) and Bankruptcy Rules 2002, 3017, 9007 and 9010 respectfully requests that all notices given or required to be given in these proceedings be served upon the undersigned:

| | |
|---|---|
| Larry E. Parres, Esq. | James J. Sullivan |
| John J. Hall, Esq. | Quality Systems, Inc. |
| Lewis, Rice & Fingersh, L.C. | 18111 Von Karman Avenue, Suite 700 |
| 600 Washington Ave., Suite 2500 | Irvine, CA 92612 |
| St. Louis, MO 63101 | Telephone: 949-255-2600 |
| Telephone: 314-444-7600 | E-Mail: jsullivan@qsii.com |
| Facsimile: 314-612-7660 | |
| E-Mail: lparres@lewisrice.com | |
| jhall@lewisrice.com | |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes notices and papers referred to in the Bankruptcy Rules and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise. Further, the undersigned

requests to be provided with a copy of any Disclosure Statement to be submitted prior to its approval and any and all Plans of Reorganization.

Nothing herein shall be construed as a waiver of any right to a jury trial related to any claim of noticing party or a consent by noticing party to jurisdiction over it by the Bankruptcy Court.

Respectfully submitted,

LEWIS, RICE & FINGERSH, L.C.

/s/ Larry E. Parres
Larry E. Parres, #35597MO
John J. Hall, #41419MO
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
(314) 444-7600
(314) 612-7660 (Fax)
E-Mail: lparres@lewisrice.com
jhall@lewisrice.com

Attorneys for Quality Systems, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance and Request for Notices and Service of Documents was served to those parties in interest via ECF electronic mail this 5th day of March 2013.

/s/ Larry E. Parres