FRIEDMAN & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
ELLEN A. FRIEDMAN (S.B. NO. 127684)
DANIEL A. NOLAN IV (S.B. NO. 284970)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for Mendocino Coast Health Care District

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MENDOCINO COAST HEALTHCARE DISTRICT, a political subdivision of the State of California, dba MENDOCINO COAST DISTRICT HOSPITAL,<br><br>Debtor. | Case No. 12-12753<br><br>Chapter 9<br><br>NOTICE OF HEARING ON MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACT (UNITED FOOD AND COMMERCIAL WORKERS LOCAL 8)<br><br>Date: April 12, 2013<br>Time: 10:00 a.m.<br>Place: 99 South E Street<br>       Santa Rosa, CA<br><br>Judge: Hon. Alan Jaroslovsky |

TO UNITED FOOD AND COMMERCIAL WORKERS LOCAL 8 AND ITS COUNSEL OF RECORD, THE HOLDERS OF THE TWENTY LARGEST UNSECURED CLAIMS, AND ALL PERSONS HAVING FILED AND SERVED REQUESTS FOR NOTICE IN THIS CHAPTER 9 CASE.

PLEASE TAKE NOTICE that, on April 12, 2013, at 10:00a.m., or as soon thereafter as the matter may be heard, the Mendocino Coast Healthcare District, debtor in the above-captioned Chapter 9 case (the "District"), will seek an order, pursuant to section 365(a) of the Bankruptcy Code, Rules 6006(a) and (c) of the Federal Rules of Bankruptcy Procedure, and Rule 9014-1 of the Bankruptcy Local Rules for the Northern District of California, authorizing the District to reject that certain executory contract between the Mendocino Coast

District Hospital and United Food and Commercial Workers Local 8 ("UFCW8") entitled Memorandum of Understanding with Mendocino Coast District Hospital, July 1, 2011 – June 30, 2014 (the "MOU").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1(c)(1) of the United States Bankruptcy Court for the Northern District of California, any objection to the requested relief must be filed and served upon the District at the address listed above, no later than March 29, 2013. Any objection must be accompanied by any declarations or memorandum of law the party objecting or requesting wishes to present in support of its position.

The District asks that the MOU be rejected effective as of the date of the hearing. The motion is made pursuant to section 365(a) of the Bankruptcy Code, Rules 6006(a) and (c) of the Federal Rules of Bankruptcy Procedure, and Rule 9014-1 Local Rules of the United States Bankruptcy Court for the Northern District of California.

The motion is based upon this notice of motion, the motion, and the supporting declaration of Wayne C. Allen all of which are being served, by mail, on UFCW8 and its counsel, on the holders of the twenty larges unsecured claims in the case, and all persons having filed and served a request for notice in the Chapter 9 case.

Dated: March 7, 2013            FRIEDMAN & SPRINGWATER LLP

By:  /s/ Andrea T. Porter
      Andrea T. Porter
      Attorneys for the District