FRIEDMAN & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
ELLEN A. FRIEDMAN (S.B. NO. 127684)
DANIEL A. NOLAN IV (S.B. NO. 284970)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for Mendocino Coast Health Care District

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California, dba MENDOCINO COAST DISTRICT HOSPITAL,<br><br>Debtor. | Case No. 12-12753<br><br>Chapter 9<br><br>NOTICE OF CONTINUED HEARING ON MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACT (UNITED FOOD AND COMMERCIAL WORKERS LOCAL 8)<br><br>Date: April 26, 2013<br>Time: 10:00 a.m.<br>Place: 99 South E Street<br>       Santa Rosa, CA<br><br>Judge: Hon. Alan Jaroslovsky |

TO UNITED FOOD AND COMMERCIAL WORKERS LOCAL 8 AND ITS COUNSEL OF RECORD, THE HOLDERS OF THE TWENTY LARGEST UNSECURED CLAIMS, AND ALL PERSONS HAVING FILED AND SERVED REQUESTS FOR NOTICE IN THIS CHAPTER 9 CASE.

PLEASE TAKE NOTICE that, at the request of United Food and Commercial Workers Local 8 ("UFCW8"), the Mendocino Coast Health Care District, debtor in the above-captioned Chapter 9 case (the "District"), has agreed to continue the hearing to consider its motion to reject the Memorandum of Understanding with Mendocino Coast District Hospital, July 1, 2011 – June 30, 2014.

The hearing to consider the District's motion, currently set on April 12, 2013, at 10:00 a.m., **will be continued to April 26, 2013, at 10:00 a.m.,** or as soon thereafter as the matter may be heard. In accordance with the agreement of the District and UFCW8, UFCW8 will file and serve its response to the District's motion by April 9, 2013.

This notice is being served, by mail, on UFCW8 and its counsel, on the holders of the twenty largest unsecured claims in the case, and on all persons having filed and served a request for notice in the Chapter 9 case.

Dated: March 14, 2013        FRIEDMAN & SPRINGWATER LLP


By:  */s/ Andrea T. Porter*
     Andrea T. Porter
     Attorneys for the District