WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Joanne Madden (S.B.NO. 209095)
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel No. (415) 433-0990
Fax No. (415) 434-1370
joanne.madden@wilsonelser.com

*Attorneys for Cardinal Health 200, LLC and Cardinal Health 411, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Case No. 12-12753<br><br>Chapter 9<br><br>**VERIFIED MOTION OF CARDINAL HEALTH 200, LLC AND CARDINAL HEALTH 411, INC. FOR THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, FOR CAUSE, TO SETOFF MUTUAL PRE-PETITION OBLIGATIONS** |

Cardinal Health 200, LLC ("CH 200") and Cardinal Health 411, Inc. ("CH 411"), by and through their undersigned counsel, hereby move (the "Motion") for the entry of an Order granting CH 200 and CH 411 each relief from the automatic stay, for cause, pursuant to Section 362(d)(1) of the Bankruptcy Code, to setoff mutual pre-petition obligations, and in support thereof, respectfully represents as follows:

**JURISDICTION**

1. On October 17, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 9 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California.

2. This Court has jurisdiction over this Motion, pursuant to 28 U.S.C. §§ 157 and 1334.

3. Venue is proper in this District, pursuant to 28 U.S.C. §§ 1408 and 1409.

4. This matter is a core proceeding, pursuant to 28 U.S.C. § 157(b)(2)(G).

1
**VERIFIED MOTION OF CARDINAL HEALTH 200, LLC AND CARDINAL HEALTH 411, INC. FOR THE ENTRY OF AN ORDER**

5. The statutory predicates for the relief sought in this Motion are Sections 362(d)(1) and 553(a) of the Bankruptcy Code.

**BACKGROUND**

6. Cardinal Health, Inc. ("Cardinal Health") is an approximately $100 billion global company that specializes in medical and pharmaceutical distribution, technologies and supply services to various health organizations including, but not limited to, hospitals, pharmacies, nursing homes, imaging centers and clinics. Cardinal Health employs more than 30,000 people in over ten countries, and has numerous facilities worldwide.

7. CH 200, a subsidiary of Cardinal Health, is a wholesale supplier and distributor of certain medical supplies to various entities, including, but not limited to, hospitals, pharmacies, imaging centers, clinics, and nursing homes.

8. CH 411, a subsidiary of Cardinal Health, is a wholesale supplier and distributor of certain pharmaceutical supplies to various entities, including, but not limited to, hospitals, pharmacies, imaging centers, clinics, and nursing homes.

*CH 200*

9. Prior to the Petition Date, CH 200 received various orders for certain medical supplies (the "CH 200 Purchase Orders") from the Debtor. CH 200 processed the CH 200 Purchase Orders and shipped the requested supplies to the Debtor. CH 200 issued invoices for the requested supplies contemporaneously with the shipment of the supplies (the "CH 200 Invoices").

10. The Debtor has failed to pay numerous CH 200 Invoices, including certain invoices which reflect goods delivered by CH 200 to the Debtor prior to the Petition Date.

11. Prior to the Petition Date, the Debtor also accrued certain credits on its account with CH 200 in the amount of $4,549.84 (the "CH 200 Debtor Pre-Petition Credits").

Attached hereto as Exhibit "A" is an accounting, which evidences the CH 200 Debtor Pre-Petition Credits.

*CH 411*

12. Prior to the Petition Date, CH 411 received various orders for certain pharmaceutical supplies (the "CH 411 Purchase Orders") from the Debtor. CH 411 processed the CH 411 Purchase Orders and shipped the requested supplies to the Debtor. CH 411 issued invoices for the requested supplies contemporaneously with the shipment of the supplies (the "CH 411 Invoices").

13. The Debtor has failed to pay numerous CH 411 Invoices, including certain invoices which reflect goods delivered by CH 411 to the Debtor prior to the Petition Date.

14. Prior to the Petition Date, the Debtor also accrued certain credits on its account with CH 411 in the amount of $10,525.61 (the "CH 411 Debtor Pre-Petition Credits"). Attached hereto as Exhibit "B" is an accounting, which evidences the CH 411 Debtor Pre-Petition Credits.

**RELIEF REQUESTED**

15. By this Motion, and as more fully set forth in the Memorandum of Points and Authorities in Support of the Verified Motion of Cardinal Health 200, LLC and Cardinal Health 411, Inc. for the Entry of an Order Granting Relief from the Automatic Stay, for Cause, to Setoff Mutual Pre-Petition Obligations (the "Memorandum of Points and Authorities"), CH 200 seeks the entry of an Order granting CH 200 relief from the automatic stay, for cause, to setoff, pursuant to Sections 362(d)(1) and 553 of the Bankruptcy Code and applicable non-bankruptcy law, the CH 200 Debtor Pre-Petition Credits against CH 200's pre-petition claims against the Debtor (the "CH 200 Pre-Petition Claims").

16. Additionally, by this Motion, and as set forth more fully in the Memorandum of Points and Authorities, CH 411 seeks the entry of an Order granting CH 411 relief from the

3
**VERIFIED MOTION OF CARDINAL HEALTH 200, LLC AND CARDINAL HEALTH 411, INC. FOR THE ENTRY OF AN ORDER**

Case: 12-12753    Doc# 96    Filed: 03/27/13    Entered: 03/27/13 16:55:32    Page 3 of 5

automatic stay, for cause, to setoff, pursuant to Sections 362(d)(1) and 553 of the Bankruptcy Code and applicable non-bankruptcy law, the CH 411 Debtor Pre-Petition Credits against CH 411's pre-petition claims against the Debtor (the "CH 411 Pre-Petition Claims").

## RESERVATION OF RIGHTS

17. CH 200 and CH 411 each hereby reserves their respective rights to supplement this Motion as necessary at, or prior to, the scheduled hearing, and to raise such other and further points regarding the requested relief, as may be appropriate under the circumstances. CH 200 and CH 411 also each reserve the right to assert additional claims against the Debtor.

Respectfully submitted March 27, 2013

          WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

          By:*/s/ Joanne Madden*

          *Counsel for Cardinal Health 200, LLC and Cardinal Health 411, Inc.*

**Declaration**

Phelton Woods, of full age, hereby declares as follows:

1. I am a Manager, Credit Underwriting for Cardinal Health 200, LLC and Cardinal Health 411, Inc. I am authorized to make this verification on behalf of both Cardinal Health 200, LLC and Cardinal Health 411, Inc.

2. I have read the foregoing Motion. All of the facts set forth therein are true and correct, except, I note, that the jurisdictional statements set forth in paragraphs 1 through 5 of this Motion are true and correct upon information and belief.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

*/s/ Phelton Woods*