WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Joanne Madden (S.B.NO. 209095)
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel No. (415) 433-0990
Fax No. (415) 434-1370
joanne.madden@wilsonelser.com

*Attorneys for Cardinal Health 200, LLC and Cardinal Health 411, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Case No. 12-12753<br><br>Chapter 9<br><br>**NOTICE OF HEARING OF: VERIFIED MOTION OF CARDINAL HEALTH 200, LLC AND CARDINAL HEALTH 411, INC. FOR THE ENTRY OF AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY, FOR CAUSE, TO SETOFF MUTUAL PRE-PETITION OBLIGATIONS**<br><br>Date: April 25, 2013<br>Time: 9:00 a.m.<br>Place: 99 South E Street, Santa Rosa, CA<br>Judge: Hon. Alan Jaroslovsky |

TO: MENDOCINO COAST HEALTH CARE DISTRICT AND ALL PERSONS HAVING FILED AND SERVED REQUETS FOR NOTICES:

**PLEASE TAKE NOTICE THAT**, on April 25, 2013 at 9:00 a.m., or as soon thereafter as the matter can be heard, before the Honorable Alan Jaroslovsky, United States Bankruptcy Judge, Cardinal Health 200, LLC ("CH 200")and Cardinal Health 411, Inc. ("CH 414") will move (the "Motion") and seek the following orders:

1. An Order granting CH 200 relief from the automatic stay, for cause, to setoff, pursuant to 11 U.S.C. §§ 362(d)(1) and 553 of the Bankruptcy Code and applicable non-bankruptcy law, certain pre-petition credits, in the amount of $4,549.84, owed to the Debtor by CH 200, against CH 200's pre-petition claims against the Debtor; and

2. An Order granting CH 411 relief from the automatic stay, for cause, to setoff, pursuant to 11 U.S.C. §§ 362(d)(1) and 553 of the Bankruptcy Code and applicable non-bankruptcy law, certain pre-petition credits, in the amount of $10,525.61, owed to the Debtor by CH 411, against CH 411's pre-petition claims against the Debtor.

Any interested party may obtain a copy the Motion and all supporting documents by written request to:

>Joanne Madden
>Wilson Elser Moskowitz
>Edelman & Dicker LLP
>525 Market Street 17th Floor
>San Francisco, CA 94105

or by email to: joanne.madden@wilsonelser.com. In the alternative, copies may be obtained from the Clerk's Office of the Bankruptcy Court, or via the internet through a "PACER" account.

**PLEASE TAKE FURTHER NOTICE** that, any party who wishes to assert an objection to the Motion must, not later than seven (7) days prior to the hearing date set forth above, file a written objection with the Clerk of the Bankruptcy Court and serve such objection on the undersigned attorney for CH 200 and CH 411 whose name and address appears at the top, left-hand corner of this Notice.

**PLEASE TAKE FURTHER NOTICE** that, as of January 25, 2005, electronic filing became mandatory in the United States Bankruptcy Court for the Northern District of California. Those persons who may wish to file opposition but are not qualified to file documents electronically with the Bankruptcy Court should check the Bankruptcy Court's website at: www.canb.uscourts.gov for guidance.

Dated: March 27, 2013
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By:*/s/ Joanne Madden*

*Counsel for Cardinal Health 200, LLC and Cardinal Health 411, Inc.*