WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Joanne Madden (S.B.NO. 209095)
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel No. (415) 433-0990
Fax No. (415) 434-1370
joanne.madden@wilsonelser.com

*Attorneys for Cardinal Health 200, LLC and Cardinal Health 411, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Case No. 12-12753<br><br>Chapter 9<br><br>**VERIFIED MOTION OF CARDINAL HEALTH 200, LLC AND CARDINAL HEALTH 411, INC. FOR THE ENTRY OF AN ORDER ALLOWING AND DIRECTING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS** |

Cardinal Health 200, LLC ("CH 200") and Cardinal Health 411, Inc. ("CH 411"), by and through their undersigned counsel, hereby move (the "Motion") for the entry of an Order allowing CH 200 and CH 411 each an administrative expense claim against the estate of Mendocino Coast Health Care District (the "Debtor"), and directing the payment of same, pursuant to Sections 503(a), (b)(9) of Title 11 of the United States Code (the "Bankruptcy Code, and in support thereof, respectfully represents as follows:

**JURISDICTION**

1. On October 17, 2012 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 9 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California.

2. This Court has jurisdiction over this Motion, pursuant to 28 U.S.C. §§ 157 and 1334.

3. Venue is proper in this District, pursuant to 28 U.S.C. §§ 1408 and 1409.

1
VERIFIED MOTION OF CARDINAL HEALTH 200, LLC AND CARDINAL HEALTH 411, INC. FOR THE ENTRY OF AN ORDER ALLOWING AND DIRECTING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

4. This matter is a core proceeding, pursuant to 28 U.S.C. §§ 157(b)(2)(B).

5. The statutory predicates for the relief sought in this Motion are Sections 503(a) and 503(b)(9) of the Bankruptcy Code.

## BACKGROUND

6. Cardinal Health, Inc. ("Cardinal Health") is an approximately $100 billion global company that specializes in medical and pharmaceutical distribution, technologies and supply services to various health organizations including, but not limited to, hospitals, pharmacies, nursing homes, imaging centers and clinics. Cardinal Health employs more than 30,000 people in over ten countries, and has numerous facilities worldwide.

7. CH 200, a subsidiary of Cardinal Health, is a wholesale supplier and distributor of certain medical supplies to various entities, including, but not limited to, hospitals, pharmacies, imaging centers, clinics, and nursing homes.

8. CH 411, a subsidiary of Cardinal Health, is a wholesale supplier and distributor of certain pharmaceutical supplies to various entities, including, but not limited to, hospitals, pharmacies, imaging centers, clinics, and nursing homes.

*CH 200*

9. Prior to the Petition Date, CH 200 received various orders for certain medical supplies (the "CH 200 Purchase Orders") from the Debtor. CH 200 processed the CH 200 Purchase Orders and shipped the requested supplies to the Debtor. CH 200 issued invoices for the requested supplies contemporaneously with the shipment of the supplies (the "CH 200 Invoices").

10. The Debtor has failed to pay numerous CH 200 Invoices, including certain invoices which reflect goods delivered by CH 200 to the Debtor during the twenty (20) days prior to the Petition Date.

2
VERIFIED MOTION OF CARDINAL HEALTH 200, LLC AND CARDINAL HEALTH 411, INC. FOR THE ENTRY OF AN ORDER ALLOWING AND DIRECTING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

Case: 12-12753    Doc#: 101    Filed: 03/27/13    Entered: 03/27/13 17:10:20    Page 2 of 5

11. The value of the goods delivered by CH 200 to the Debtor during the twenty (20) days prior to the Petition Date totals $14,018.74 (the "CH 200 20-Day Claim"). Attached hereto as Exhibit "A" is an accounting, which evidences the CH 200 20-Day Claim.

*CH 411*

12. Prior to the Petition Date, CH 411 received various orders for certain pharmaceutical supplies (the "CH 411 Purchase Orders") from the Debtor. CH 411 processed the CH 411 Purchase Orders and shipped the requested supplies to the Debtor. CH 411 issued invoices for the requested supplies contemporaneously with the shipment of the supplies (the "CH 411 Invoices").

13. The Debtor has failed to pay numerous CH 411 Invoices, including certain invoices which reflect goods delivered by CH 411 to the Debtor during the twenty (20) days prior to the Petition Date.

14. The value of the goods delivered by CH 411 to the Debtor during the twenty (20) days prior to the Petition Date totals $135,867.79 (the "CH 411 20-Day Claim"). Attached hereto as Exhibit "B" is an accounting, which evidences the CH 411 20-Day Claim.

**RELIEF REQUESTED**

15. By this Motion, and as more fully set forth in the Memorandum of Points and Authorities in Support of the Verified Motion of Cardinal Health 200, LLC and Cardinal Health 411, Inc. for the Entry of an Order Allowing and Directing Payment of Administrative Expense Claims (the "Memorandum of Points and Authorities"), CH 200 seeks the entry of an Order (a) allowing CH 200's administrative expense claim in the amount of $14,018.74, the amount of the CH 200 20-Day Claim, pursuant to Section 503(b)(9) of the Bankruptcy Code; and (b) directing the Debtor to pay to CH 200 the CH 200 20-Day Claim, pursuant to Section 503(a) of the Bankruptcy Code.

3
VERIFIED MOTION OF CARDINAL HEALTH 200, LLC AND CARDINAL HEALTH 411, INC. FOR THE ENTRY OF AN ORDER ALLOWING AND DIRECTING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS

Case: 12-12753    Doc# 101    Filed: 03/27/13    Entered: 03/27/13 17:10:20    Page 3 of 5

16. Additionally, by this Motion, and as set forth more fully in the Memorandum of Points and Authorities, CH 411 seeks the entry of an Order: (a) allowing CH 411's administrative expense claim in the amount of $135,867.79, the amount of the CH 411 20-Day Claim, pursuant to Section 503(b)(9) of the Bankruptcy Code; and (b) directing the Debtor to pay to CH 411 the CH 411 20-Day Claim, pursuant to Section 503(a) of the Bankruptcy Code.

**RESERVATION OF RIGHTS**

17. CH 200 and CH 411 each hereby reserves their respective rights to supplement this Motion as necessary at, or prior to, the scheduled hearing, and to raise such other and further points regarding the requested relief, as may be appropriate under the circumstances. CH 200 and CH 411 also each reserve the right to assert additional claims against the Debtor.

Respectfully submitted March 27, 2013

        WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

        By:*/s/ Joanne Madden*

        *Counsel for Cardinal Health 200, LLC and Cardinal Health 411, Inc.*

## VERIFICATION

Phelton Woods, of full age, hereby certifies as follows:

1. I am a Manager, Credit Underwriting for Cardinal Health 200, LLC and Cardinal Health 411, Inc. I am authorized to make this verification on behalf of both Cardinal Health 200, LLC and Cardinal Health 411, Inc.

2. I have read the foregoing Motion. All of the facts set forth therein are true and correct, except, I note, that the jurisdictional statements set forth in paragraphs 1 through 5 of this Motion are true and correct upon information and belief.

I hereby certify under penalty of perjury that the foregoing statements are true and correct.

*/s/ Phelton Woods*

5

**VERIFIED MOTION OF CARDINAL HEALTH 200, LLC AND CARDINAL HEALTH 411, INC. FOR THE ENTRY OF AN ORDER ALLOWING AND DIRECTING PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS**

Case: 12-12753    Doc# 101    Filed: 03/27/13    Entered: 03/27/13 17:10:20    Page 5 of 5