LAW OFFICES OF
**GLASS & GOLDBERG**
A LAW CORPORATION
21700 OXNARD STREET, SUITE 430
WOODLAND HILLS, CALIFORNIA 91367-3665
TELEPHONE (818) 888-2220
TELECOPIER (818) 888-2229

State Bar No. 89677

Attorneys for Movant DE LAGE LANDEN

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA-SANTA ROSA

| | |
|---|---|
| In re:<br><br>MENDOCINO COAST HEALTH CARE DISTRICT<br><br>Debtor. | CASE NO: 12-12753<br><br>CHAPTER 9<br><br>NOTICE OF MOTION AND MOTION FOR ORDER FIXING TIME FOR ASSUMPTION OR REJECTION OF EXECUTORY CONTRACT AND FOR PERFORMANCE OF ALL OBLIGATIONS REQUIRED UNDER THE LEASE OR REJECTION OF LEASE<br><br>DATE: May 24, 2013<br>TIME: 9:00 a.m.<br>PLACE: 99 S. E. Street<br>Santa Rosa, CA 95404<br>Judge: Hon. Alan Jaroslovsky |

PLEASE TAKE NOTICE that, on May 24, 2013, at 10:00a.m., or as soon thereafter as the matter may be heard, Movant, DE LAGE LANDEN FINANCIAL SERVICES, INC. ("Movant") will seek an order, pursuant to Section 365(d)(5) of the Bankruptcy Code, Rules 6006(b) and (c) of the Federal Rules of Bankruptcy Procedure and Rule 9014-1 of the Bankruptcy Local Rules for the Northern District of California, , fixing a date by which Debtor MENDOCINO COAST HEALTH CARE DISTRICT debtor in the above-captioned Chapter 9 case ("Debtor") must either assume or reject its commercial equipment leases with the Movant, and cure all arrearages owed and all defaults under the lease schedules at issue in the event it elects to assume these lease schedules.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Local Rule 9014-1(c)(1) of the United States Bankruptcy Court for the Northern District of California, any objection to the requested relief must be filed and served upon the Movant at the address listed above, no later than May , 2013. Any objection must be accompanied by any declarations or memorandum of law the party objecting or requesting wishes to present in support of its position. The motion is made pursuant to section 365(d)(5) of the Bankruptcy Code, Rules 6006(b) and (c) of the Federal Rules of Bankruptcy Procedure, and Rule 9014-1 Local Rules of the United States Bankruptcy Court for the Northern District of California.

The motion is based upon this notice of motion, the memorandum of points and authorities, and the supporting declaration of Cheryl Glick, all of which are being served, by mail, on the Debtor and its counsel, on the holders of the twenty largest unsecured claims in the case, and all persons having filed and served a request for notice in the Chapter 9 case.

DATED: 4/16/2013               GLASS & GOLDBERG

                               By: / S / MARSHALL F. GOLDBERG
                                   Attorneys for Movant