| | |
|---|---|
| 1 | FRIEDMAN & SPRINGWATER LLP |
| | ANDREA T. PORTER (S.B. NO. 095984) |
| 2 | ELLEN A. FRIEDMAN (S.B. NO. 127684) |
| | DANIEL A. NOLAN IV (S.B. NO. 284970) |
| 3 | 33 New Montgomery Street, Suite 290 |
| | San Francisco, CA 94105 |
| 4 | Telephone Number: (415) 834-3800 |
| | Facsimile Number: (415) 834-1044 |
| 5 | aporter@friedumspring.com |

Attorneys for Mendocino Coast Health Care District

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re | Case No. 12-12753 |
| MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California, | Chapter 9 |
| | **WITHDRAWAL OF MOTION FOR ORDER DIRECTING PATIENT CARE OMBUDSMAN TO PREPARE BUDGET** |
| Debtor. | |
| | Date: April 26, 2013 |
| | Time: 10:00 a.m. |
| | Place: 99 South E. Street |
| | Santa Rosa, CA 95404 |
| | Judge: Hon. Alan Jaroslovsky |

TO THE PATIENT CARE OMBUDSMAN, HIS ATTORNEY OF RECORD, THE HOLDERS OF THE TWENTY LARGEST UNSECURED CLAIMS, AND ALL PERSONS HAVING FILED AND SERVED REQUESTS FOR NOTICE IN THIS CHAPTER 9 CASE:

PLEASE TAKE NOTICE THAT, on April 12, 2013, the Patient Care Ombudsman (the "Ombudsman") submitted a budget (the "Budget") in response to the motion filed by the Mendocino Coast Health Care District, debtor in the above-captioned Chapter 9 case (the "District") requesting the Court to order that the Ombudsman do so. The District has reviewed the Budget and has determined that the services to be provided are unnecessary in this case and the approximate projected costs of those services are too high.

PLEASE TAKE FURTHER NOTICE that, because the Ombudsman has filed the Budget as requested in the original motion, and although the District has not approved the

| | |
|---|---|
| 1 | Budget, the District hereby withdraws its motion for an order directing the Ombudsman to |
| 2 | prepare the Budget. |
| 3 | |
| 4 | Dated: April 23, 2013                FRIEDMAN & SPRINGWATER LLP |
| 5 | |
| 6 | By: /s/ *Andrea T. Porter* |
| 7 | Andrea T. Porter<br>Attorneys for the District |