FRIEDMAN & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
ELLEN A. FRIEDMAN (S.B. NO. 127684)
DANIEL A. NOLAN IV (S.B. NO. 284970)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044

Attorneys for Mendocino Coast Health Care District

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 12-12753 |
| MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California, dba MENDOCINO COAST DISTRICT HOSPITAL,<br><br>Debtor. | Chapter 9<br><br>NOTICE OF STATUS CONFERENCE AND REQUEST FOR ORDER SETTING EVIDENTIARY HEARING TO CONSIDER MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACT (UNITED FOOD AND COMMERCIAL WORKERS LOCAL 8)<br><br>Date: April 26, 2013<br>Time: 10:00 a.m.<br>Place: 99 South E. Street<br>       Santa Rosa, CA 95404<br>Judge: Hon. Alan Jaroslovsky |

TO UNITED FOOD AND COMMERCIAL WORKERS LOCAL 8, BY ITS COUNSEL OF RECORD, AND TO PARTIES IN INTEREST:

      PLEASE TAKE NOTICE THAT, on April 26, 2013, at 10:00 a.m., or as soon thereafter as the matter can be heard, before the Honorable Alan Jaroslovsky, the Mendocino Coast Health Care District, debtor in the above-captioned Chapter 9 case (the "District") will ask the Court to consider the hearing currently scheduled on the District's motion to reject the Memorandum of Understanding between the District and the United Food and Commercial

Workers Local 8 ("UFCW8") to be a Status Conference only.

PLEASE TAKE FURTHER NOTICE that, because the District agrees with the position of UFCW8 that discovery is appropriate in this matter and that the hearing on the District's motion should be conducted as an evidentiary hearing, the District will request the Court to set an evidentiary hearing to consider the motion in approximately 60 days to a date when the Court has time to hear the matter and all necessary counsel and witnesses are available. The District expects that such evidentiary hearing will not take more than one-half day and that the parties will be able to agree upon mutually-convenient discovery dates. The District will ask that the Court to set deadlines for the exchange and filing of witness before the evidentiary hearing.

Dated: April 22, 2013                FRIEDMAN & SPRINGWATER LLP


By: */s/ Andrea T. Porter*
    Andrea T. Porter
    Attorneys for the District