| | |
|---|---|
| 1 | FRIEDMAN & SPRINGWATER LLP |
| | ANDREA T. PORTER (S.B. NO. 095984) |
| 2 | ELLEN A. FRIEDMAN (S.B. NO. 127684) |
| | DANIEL A. NOLAN IV (S.B. NO. 284970) |
| 3 | 33 New Montgomery Street, Suite 290   Signed: April 23, 2013 |
| | San Francisco, CA 94105 |
| 4 | Telephone Number: (415) 834-3800 |
| | Facsimile Number: (415) 834-1044 |
| 5 | aporter@friedumspring.com |
| | _____ |
| | ALAN JAROSLOVSKY U.S. Bankruptcy Judge |
| 6 | Attorneys for Mendocino Coast Health |



UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | | |
|---|---|---|
| In re | | Case No. 12-12753 |
| MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California, | | Chapter 9 |
| | | **ORDER APPROVING STIPULATION RE PATIENT CARE OMBUDSMAN'S AUTHORITY TO REVIEW CONFIDENTIAL PATIENT RECORDS PURSUANT TO 11 U.S.C.§333(c)** |
| Debtor. | | |
| | | No Hearing Requested |

The Mendocino Coast Health Care District, debtor in the above-captioned Chapter 9 case (the "District"), and the Patient Care Ombudsman (the "Ombudsman"), appointed under 11 U.S.C. §333(c), having agreed to allow the Ombudsman access to records of patients served by the Mendocino Coast District Hospital in accordance with the terms and conditions of that certain Stipulation re Patient Care Ombudsman's Authority to Review Confidential Patient Records Pursuant to 11 U.S.C. §333(c) (the "Stipulation") filed in the District's Chapter 9 case on April 4, 2013 as Doc# 107; the Court having reviewed the Stipulation, and no hearing or additional notice being required, it is

ORDERED that the Stipulation be, and hereby is, approved.

** END OF ORDER **

{00667704.DOC v 2}