FRIEDMAN & SPRINGWATER LLP
ANDREA T. PORTER (S.B. NO. 095984)
ELLEN A. FRIEDMAN (S.B. NO. 127684)
DANIEL A. NOLAN IV (S.B. NO. 284970)
33 New Montgomery Street, Suite 290
San Francisco, CA 94105
Telephone Number: (415) 834-3800
Facsimile Number: (415) 834-1044
aporter@friedmanspring.com

Attorneys for Mendocino Coast Health Care District

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| In re | Case No. 12-12753 |
|---|---|
| MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California, | Chapter 9 |
| | **CERTIFICATE OF SERVICE BY MAIL** |
| Debtor. | |

{00670066.DOC v 1}  CERTIFICATE OF SERVICE BY MAIL

Case: 12-12753   Doc# 122   Filed: 04/23/13   Entered: 04/23/13 14:51:59   Page 1 of 7

# CERTIFICATE OF SERVICE BY MAIL

I, Gina Fu, hereby declare:

I am over the age of 18 years and not a party to or interested in the within entitled cause. I am an employee of Friedman & Springwater LLP and my business address is 33 New Montgomery Street, Suite 290, San Francisco, California 94105. I am familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 23, 2013, at my place of business as listed above, the following document(s):

**NOTICE OF STATUS CONFERENCE AND REQUEST FOR ORDER SETTING EVIDENTIARY HEARING TO CONSIDER MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACT (UNITED FOOD AND COMMERCIAL WORKERS LOCAL 8)**

was (were) placed for deposit in the United States Postal Service, for collection and mailing on that date, following ordinary business practices, in a sealed envelope(s), with postage fully prepaid, addressed as shown on the attached service list.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Francisco, California on April 23, 2013.

                     _/s/ Gina Fu_
                     Gina Fu

# REQUESTS FOR SPECIAL NOTICE

United States Trustee
Office of the United States Trustee
Attn: Vikas Kumar, Esq.
235 Pine Street, Suite 700
San Francisco, CA 94104-3484

NCB Capital Impact
Attn: Emilie Linick, Loan Officer
1333 Broadway, Suite 602
Oakland, CA 94612

Thomas P. Kelly III, Esq.
50 Old Courthouse Square, Suite 609
Santa Rosa, CA 95404-4926

Attorneys for The Bank of New York Mellon Trust Company, N.A., Indenture Trustee
Mike C. Buckley, Esq.
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA 94105

Attorneys for BETA Risk Management Authority
Gerald N. Sims, Esq.
Jennifer E. Duty, Esq.
Pyle Sims Duncan & Stevenson
401 "B" Street, Suite 1500
San Diego, CA 92101-4238

Attorneys for UFCW 8 Golden State
Stephen D. Finestone, Esq.
Law Offices of Stephen D. Finestone
456 Montgomery Street, 20th Floor
San Francisco, CA 94104

Attorneys for UnitedHealth Group Incorporated
Todd J. Dressel, Esq.
Chapman and Cutler LLP
595 Market Street, 26th Floor
San Francisco, CA 94105

Attorneys for UnitedHealth Group Incorporated
James E. Spiotto, Esq. / Ann E. Acker, Esq. /
Laura E. Appleby, Esq.
Chapman and Cutler LLP
111 West Monroe Street
Chicago, IL 60603

Attorneys for California Office of Statewide Health Planning and Development
Jane O'Donnell, Esq., Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550

Attorneys for California Public Employees' Retirement System
Michael B. Lubic, Esq. / Brett D. Bissett, Esq.
K&L Gates LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067

Attorneys for California Public Employees' Retirement System
Michael J. Gearin, Esq. / Brian T. Peterson, Esq.
K&L Gates LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

Jerry Seelig
Patient Care Ombudsman
Seelig+Cussigh HCO LLC
4275 Baldwin Ave.
Culver City, CA 90232

Attorneys for Patient Care Ombudsman Jerry Seelig
Louis J. Cisz, III, Esq. / Ryan S. Lincoln, Esq.
Nixon Peabody LLP
One Embarcadero Center, 18th Floor
San Francisco, CA 94111-3600

Attorneys for Financial Guaranty Insurance Company
John H. MacConaghy, Esq.
MacConaghy & Barnier, PLC
645 First St. West, Suite D
Sonoma, CA 95476

Attorneys for De Lage Landen Financial Services, Inc.
Marshall F. Goldberg, Esq.
Glass & Goldberg
21700 Oxnard Street, Suite 430
Woodland Hills, CA 91367-3665

Creditor
Philip John Sullivan
32000 Hwy 20
Fort Bragg, CA 95437

Attorneys for Euro Style Management, Inc.
Stephen R. McCutcheon, Jr., Esq.
Cook Brown, LLP
555 Capitol Mall, Suite 425
Sacramento, CA 95814

Attorneys for Quality Systems, Inc.
Larry E. Parres, Esq.
John J. Hall, Esq.
Lewis, Rice & Fingersh, L.C.
600 Washington Ave., Suite 2500
St. Louis, MO 63101

Quality Systems, Inc.
Attn: James J. Sullivan
18111 Von Karman Avenue, Suite 700
Irvine, CA 92612

Attorneys for Adventist Health System/West. dba Adventist Health/Central California
Fulbright & Jaworski LLP
Attn: Rebecca J. Winthrop, Esq.
555 South Flower Street, 41st Floor
Los Angeles, CA 90071

## OTHER NOTICES

Public Health Service
United States Department of Health & Human Services
Room 4A53 Parklawn Building
5600 Fishers Lane
Rockville, MD 20857

Secretary of State
State of California
1500 - 11th Street
Sacramento, CA 95814

Secretary of the Treasury
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

Employment Development Department
State of California
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Lewis Maldonado
US EPA Region 9 Bankruptcy Contact
Office of Regional Counsel, ORC-3
75 Hawthorne Street
San Francisco, CA 94105

Social Security Administration
Chief Counsel, Region IX
939 Market Street
San Francisco, CA 94103
[mail returned 11/7/12]

State Board of Equalization
State of California
Account & Analysis & Control Section, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952

United States Attorney
Civil Division
450 Golden Gate Avenue
San Francisco, CA 94102-3400

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

United States Department of Education
Bankruptcy Section
50 Beale Street, Room 9800
San Francisco, CA 94105-1863

Labor Commissioner
State of California
1515 Clay Street, Room 801
Oakland, CA 94612

United States Department of Health & Human Services
Regional Attorney
50 United Nations Plaza, #420
San Francisco, CA 94102

# HOLDERS OF 20 LARGEST UNSECURED CLAIMS

Cardinal Health Pharm Distribution
File #74031
Attn: Phelton Woods, Jr.
P.O. Box 60000
San Francisco, CA 94160

Cardinal Health Medical Prod & Services
Attn: Phelton Woods, Jr.
700 Vaughn Road
Dixon, CA 95620-9226

Cal Pers
Attn: Victoria Luciani
P.O. Box 4032
Sacramento, CA 95812-4032

Martin, Fletcher & Associates
Attn: Jennifer Tran
1525 W. Walnut Hill Lane, Suite 100
Irving, TX 75038

Valley Emergency Physicians
Attn: Steven Maron MD
1990 N. California Blvd., Suite 400
Walnut Creek, CA 94596

CDW-G
Attn: Dave Soloman
75 Remittance Dr., Suite 1515
Chicago, IL 60675-1515

Johnson & Johnson Depuy
Attn: Bob Boracchia
4240 Holden Street
Emeryville, CA 94608

Park Place International
Attn: Dan Spulecki Sr.
7227 Chagrin Rd
Chagrin Falls, OH 44023

Alpha Fund
Attn: Ray Bastin
P.O. Box 619084
Roseville, CA 95661

Beta Healthcare Group
Attn: Susan Bingham
1443 Danville Boulevard
Alamo, CA 94507-1911

Zimmer
Attn: Harry Fagan
P.O. Box 708
Warsaw, IN 46581-0708

Toshiba America Medical Systems
Attn: Guy Shinsato
2441 Michelle Dr.
Tustin, CA 92780

Siemens Healthcare Diagnostics
Attn: Ken Miller
1717 Deerfield Rd
P.O. Box 778
Deerfield, IL 60015-0778

Phoenix Medcom, Inc
Attn: Maggie Sautner
10 Meadow Sweet Road
Cortlandt Manor, NY 10567

Office Max
Attn: Scott Hrudicka
75 Remittance Drive #2698
Chicago, IL 60675-2698

Health Care Dental Trust
Attn: C. Winsten
c/o Heritage Bank of Commerce
300 Main Street
Pleasanton, CA 94566-7325

The Shams Group
Attn: Zia Shams
701 Canyon Drive, Suite 100
Coppel, TX 75019

Staff Care, Inc
Attn: Darlene Hyder
P.O. Box 281923
Atlanta, GA 30384-1923

Aretaeus Telemedicine, Inc.
Attn: James Gude MD
440 Stevens Ave., Suite 150
Solana Beach, CA 92075

Nuance Communications
Attn: Kathy May
c/o CitiBank Lockbox Operations
1615 Brett Road
New Castle, DE 19720-2425