WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Joanne Madden (S.B.NO. 209095)
525 Market Street, 17th Floor
San Francisco, CA 94105
Tel No. (415) 433-0990
Fax No. (415) 434-1370
joanne.madden@wilsonelser.com

*Attorneys for Cardinal Health 200, LLC and Cardinal Health 411, Inc.*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>      Debtor. | Case No. 12-12753<br><br>Chapter 9<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS** |

  PLEASE TAKE NOTICE that Cardinal Health 200, LLC and Cardinal Health 411, Inc. appear herein through their undersigned attorneys, pursuant to 11 U.S.C. § 1109(b), made applicable to this case pursuant to 11 U.S.C. § 901, and Rule 9010 of the Federal Rules of Bankruptcy Procedure, and request that all notices (including those required by Bankruptcy Rule 2002) in this cases or any related adversary proceeding be mailed to the undersigned, unless otherwise directed by the Court, at the addresses set forth below.

  PLEASE TAKE FURTHER NOTICE that request is hereby also made for service of copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in the above-captioned case or any related adversary proceeding by mailing one copy of each, unless otherwise directed by the Court, to the following:

---

1

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS
Case No.: 12-12753

| | |
|---|---|
| 1 | Joanne Madden, Esq. |
| 2 | Wilson Elser Moskowitz Edelman & Dicker LLP |
|   | 525 Market Street, 17th Floor |
| 3 | San Francisco, CA 94105 |
|   | Tel No. (415) 433-0990 |
| 4 | Fax No. (415) 434-1370 |
|   | joanne.madden@wilsonelser.com |
| 5 | |
|   | -and- |
| 6 | |
| 7 | Scott A. Zuber, Esq. |
|   | Steven S. Sheldon, Esq. |
| 8 | Wilson Elser Moskowitz Edelman & Dicker LLP |
|   | 200 Campus Drive |
| 9 | Florham Park, New Jersey 07932 |
|   | Tel: (973) 624-0800 |
| 10 | Fax: (973) 624-0808 |
|   | scott.zuber@wilsonelser.com; |
| 11 | steven.sheldon@wilsonelser.com. |

PLEASE TAKE FURTHER NOTICE that Cardinal Health 200, LLC and Cardinal Health 411, Inc. do not intend this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, claim, or suit, to waive any rights to which they may be entitled including, but not limited to: (i) their right to have final orders in noncore matters entered only after *de novo* review by a District Judge; (ii) their right to trial by jury in any proceeding related to these cases; (iii) their right to seek to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any rights, claims, actions, defenses, setoffs, or recoupments to which they may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Cardinal Health 200, LLC and Cardinal Health 411, Inc. each expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Service of Papers does not constitute an agreement to accept service of initial process under Fed.R.Civ.P.4 or Fed.R.Bankr.P.7004, nor shall it result in undersigned counsel being deemed to be the agent of either Cardinal Health 200, LLC or Cardinal

Health 411, Inc for such purpose.

                                  **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By */s/ Joanne Madden*
    JOANNE MADDEN

*Attorneys for Cardinal Health 200, LLC and Cardinal Health 411, Inc.*

Dated: May 8, 2013

# PROOF OF SERVICE

*In re: MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND SERVICE OF PAPERS**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☒: **By United States Mail.** I placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☒: **By Electronic Service.** By Notice of Electronic Filing-the above-listed documents will be served by the court via NEF and hyperlink to the document. On May 8, 2013, my office checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated below.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED on May 8, 2013, at San Francisco, California.

*/s/ Monique Jacquis*
Monique Jacquis

# SERVICE LIST

By United States Mail:

Mendocino Coast Health Care District
700 River Drive
Fort Bragg, CA 95437
Debtor

Vikas Kumar, Esq.
Office of the U.S. Trustee
235 Pine St. #700
San Francisco, CA 94104

Biomet, Inc.
Legal Dept., Attn: Bankruptcy Counsel
56 E. Bell Drive
Warsaw, IN 46581-0587

Suburban Propane
P.O. Box 206
Whippany, NJ 07981-0206

Andrea T. Porter, Esq.
Friedman and Springwater LLP
33 New Montgomery St, #290
San Francisco, CA 94105
Counsel for Debtor

Ann Acker, Esq.
Laura E. Appleby, Esq.
James E. Spiotto, Esq.
Chapman and Cutler LLP
111 W. Monroe St.
Chicago, IL 60603
Counsel for UnitedHealth Group, Inc.

Quality Systems, Inc.
c/o Larry Parres, Esq.
600 Washington Ave., Suite 2500
St. Louis, MO 63101

Philip John Sullivan
3200 Hwy 20
Fort Bragg, Ca 95437

By Notice of Electronic Filing:

Brett Bissett - Brett.bissett@klgates.com, klgatesbankruptcy@klgates.com
Mike C. Buckley mbuckley@reedsmith.com
Louis J. Cisz - lcisz@nixonpeabody.com
Todd Dressel - dressel@chapman.com; lubecki@chapman.com
Stephen D. Finestone - sfinestone@pobox.com
Marshall F. Goldberg - mgoldberg@glassgoldberg.com
Thomas Philip Kelly - tomkelly@sonic.net
Vikas Kumar - Vikas.kumar@usdoj.gov, vikasefiling@gmail.com
Michael B. Lubic - Michael.lubic@klgates.com
John H. MacConaghy - macclaw@macbarlaw.com; smansour@macbarlaw.com; kmuller@macbarlaw.com
Joanne Madden - Joanne.madden@wilsonelser.com
Stephen McCutcheon - smccutcheon@cookbrown.com; bparadee@cookbrown.com
Jane O'Donnell - Jane.ODonnell@doj.ca.gov
Office of the U.S. Trustee/SR USTPRegion17.SF.ECF@usdoj.gov, ltroxas@hotmail.com
Andrea T. Porter - aporter@friedmanspring.com
Gerald N. Sims – jerry@psdslaw.com; jamesj@psdslaw.com
Rebecca J. Winthrop - rwinthrop@fulbright.com; rcole@fulbright.com

---

5

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**
Case No.: 12-12753