Entered on Docket
May 16, 2013
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

HENRY C. KEVANE (CA BAR NO. 125757)
SAMUEL R. MAIZEL (CA BAR NO. 189301)
GAIL S. GREENWOOD (CA BAR NO. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, CA 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
E-mail: hkevane@pszjlaw.com

Signed: May 16, 2013

_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

Attorneys for Debtor Mendocino Coast Health

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | Case No.: 12-12753<br><br>Chapter 9<br><br>**STIPULATED SCHEDULING ORDER BETWEEN THE DEBTOR AND UFCW REGARDING THE DEBTOR'S MOTION FOR ORDER AUTHORIZING REJECTION OF EXECUTORY CONTRACT**<br><br>[Pursuant to Fed. R. Bankr. P. 7016(b)] |

Mendocino Coast Health Care District (the "Debtor") and United Food and Commercial Workers 8 Golden State ("UFCW") (collectively, the "Parties") have met and conferred regarding the pretrial scheduling matters set forth under Rule 7016 of the Federal Rules of Bankruptcy Procedure, and hereby stipulate, by and through their counsel, as follows:

**RECITALS**

A. On July 1, 2011, the Debtor and UFCW entered into a Memorandum of Understanding ("MOU") covering the period of July 1, 2011, through June 30, 2014, regarding the wages, benefits and work rules of represented UFCW members (including, but not limited, to nurses, paramedics, technicians, bookkeepers, and housekeeping staff).

B.  On October 17, 2012, the Debtor filed a petition under chapter 9 of the Bankruptcy Code, and an order for relief in the chapter 9 case was subsequently entered as of that date.

C.  On March 7, 2013, the Debtor filed a *Motion for Order Authorizing Rejection of Executory Contract (United Food and Commercial Workers Local 8)* [Dkt. No. 81] ("Rejection Motion"), which was initially scheduled for hearing on April 26, 2013.

D.  On April 9, 2013, UFCW filed an *Opposition to Motion for Order Authorizing Rejection of Executory Contract (United Food and Commercial Workers Local 8)* [Dkt. No. 109].

E.  An evidentiary hearing on the Rejection Motion is scheduled for **July 9, 2013, at 1:30 p.m.**

F.  The parties have met and conferred regarding discovery and pretrial issues in an effort to expedite disposition of the Rejection Motion, and agree to the schedule set forth below.

## SCHEDULING ORDER

1.  The Parties will exchange initial disclosures under Fed. R. Bankr. P. 7026(a)(1) by **May 24, 2013**.

2.  The Parties agree to conduct discovery on an informal basis (without the need for formal pleadings, based on requests by email or correspondence), except for third party discovery. Documents shall be produced within fifteen days of the request. If there is an objection, the Parties shall confer through counsel and, absent a resolution, may seek the Court's assistance. The last day to complete non-expert discovery shall be **June 14, 2013**.

3.  The last day to disclose expert witnesses, including any written report, pursuant to Fed. R. Bankr. P. 7026(a)(2) shall be **June 21, 2013**. The Parties will confer regarding the necessity, if any, for expert discovery. The last day to complete expert discovery, if any, shall be **June 28, 2013**.

4.  The Parties will file trial briefs that are no more than 10 pages in length no later than **July 2, 2013**.

5.  The Parties will submit testimony by declaration on **July 2, 2013**, in support of and in opposition to the Rejection Motion, subject to the availability of such witnesses for cross-examination in person at the evidentiary hearing. All exhibits or documentary support that are

proposed as evidence (except those related to rebuttal or impeachment) shall also be submitted at such time.

6. Objections to evidence are expressly reserved for determination at the evidentiary hearing.

7. The scope of the evidentiary hearing shall be limited to cross-examination and redirect examination of declarants, presentation of rebuttal witnesses, and opening and closing arguments.

8. The Parties agree to effectuate service of all pleadings and discovery by email.

9. The schedule set forth herein may be modified by agreement of the Parties with the consent of the Court.

Dated: May 16, 2013        PACHULSKI STANG ZIEHL & JONES LLP

By: _____
Henry C. Kevane
Attorneys for Debtor Mendocino Coast Health Care District

Dated: May __, 2013        LAW OFFICES OF STEPHEN D. FINESTONE

By: _____
Stephen D. Finestone
Attorneys for United Food and Commercial Workers 8 Golden State

Based on the foregoing stipulation of the Parties, IT IS SO ORDERED.

* * * END OF ORDER * * *

3  STIPULATED SCHEDULING ORDER