1  HENRY C. KEVANE (CA BAR NO. 125757)
   SAMUEL R. MAIZEL (CA BAR NO. 189301)
2  GAIL S. GREENWOOD (CA BAR NO. 169939)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, CA  94111-4500
4  Telephone: 415/263-7000
   Facsimile: 415/263-7010
5  E-mail:   hkevane@pszjlaw.com

6  Attorneys for Debtor Mendocino Coast Health Care District

7

8
                    UNITED STATES BANKRUPTCY COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SANTA ROSA DIVISION
11

12  In re:                                    Case No.: 12-12753

13  MENDOCINO COAST HEALTH CARE               Chapter 9
    DISTRICT, a political subdivision of the State
14  of California,                            *SUPPLEMENTAL* CERTIFICATE OF
                                              SERVICE OF ORDER FOR RELIEF AND
15                          Debtor.           DEADLINE FOR PROOFS OF CLAIM

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

DOCS_SF:83529.1 62951/002                                         CERTIFICATE OF SERVICE

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CA

1 PROOF OF SERVICE

2 STATE OF CALIFORNIA )
)
3 CITY OF SAN FRANCISCO )

4      I, Kati L. Suk, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California
5 Street, 15th Floor, San Francisco, California 94111-4500.

6      On July 9, 2013, I caused to be served the:

7 **ORDER FOR RELIEF AND SETTING DEADLINE FOR FILING PROOFS OF CLAIM [DOCKET NO. 69]**

8

9 **NOTICE OF ORDER FOR RELIEF AND DEADLINE FOR FILING PROOFS OF CLAIM [DOCKET NO. 72]**

10

11 in this action by placing a true and correct copy of said document in a sealed envelope addressed as follows:

| | |
|---|---|
| 12 **Stacy McCarville, Unit Chief** | **Division of Technical Payment Policy** |
| **Medi-Cal Supplemental Payment Unit** | **Attn: Provider and Supplier Self-Disclosure** |
| 13 **Safety Net Financing Division** | **Centers for Medicare and Medicaid Services** |
| **1501 Capitol Avenue, Suite 71.3024** | **7500 Security Blvd.** |
| 14 **MS 4518, PO Box 997436** | **Mailstop C4-25-02** |
| **Sacramento, CA 95899-7436** | **Baltimore, MD 21244-1850** |

15

16

17 ☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco,
18 California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is
19 more than one day after date of deposit for mailing in affidavit.

20

21      I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

22

23      Executed on July 9, 2013, at San Francisco, California.

24                              */s/ Kati L. Suk*
                                Kati L. Suk
25

26

27

28