1  HENRY C. KEVANE (CA BAR NO. 125757)
   SAMUEL R. MAIZEL (CA BAR NO. 189301)
2  GAIL S. GREENWOOD (CA BAR NO. 169939)
   PACHULSKI STANG ZIEHL & JONES LLP
3  150 California Street, 15th Floor
   San Francisco, CA  94111-4500
4  Telephone: 415/263-7000
   Facsimile: 415/263-7010
5  E-mail:   hkevane@pszjlaw.com

6  Attorneys for Debtor Mendocino Coast Health Care District

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re: | Case No.: 12-12753 |
| MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California, | Chapter 9 |
| Debtor. | ***SUPPLEMENTAL* CERTIFICATE OF SERVICE OF ORDER FOR RELIEF AND DEADLINE FOR PROOFS OF CLAIM** |

| | PROOF OF SERVICE |
|---|---|
| 1 | |

STATE OF CALIFORNIA      )
                         )
CITY OF SAN FRANCISCO    )

I, Adriana Zaragoza, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is 150 California Street, 15th Floor, San Francisco, California 94111-4500.

On July 25, 2013, I caused to be served the:

**ORDER FOR RELIEF AND SETTING DEADLINE FOR FILING PROOFS OF CLAIM [DOCKET NO. 69]**

**NOTICE OF ORDER FOR RELIEF AND DEADLINE FOR FILING PROOFS OF CLAIM [DOCKET NO. 72]**

in this action by placing a true and correct copy of said document in a sealed envelope addressed as follows:

**Donald M. Helfer, President**
**R-E Corporation**
**P.O. Box 1743**
**Santa Rosa, CA 95402-1743**

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on July 25, 2013, at San Francisco, California.

*/s/ Adriana Zaragoza*
Adriana Zaragoza