MELINDA HAAG
United States Attorney
ALEX G. TSE (CA Bar No. 152348)
Chief, Civil Division
DOUGLAS K. CHANG (HSBN 2922)
Assistant United States Attorney
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6985
 Facsimile: (415) 436-7169
 Email:  Douglas.Chang@usdoj.gov

Attorneys for the United States Department
Of Health and Human Services

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| MENDOCINO COAST HEALTH CARE DISTRICT, a political subdivision of the State of California,<br><br>Debtor. | No. 12-12753<br><br>Chapter 9<br><br>NOTICE OF APPEARANCE AND REQUEST FOR NOTICE |

PLEASE TAKE NOTICE that pursuant to Rules 2002 and 9010 of the Federal Rules of

Bankruptcy Procedures, the United States Department of Health and Human Services (DHHS)

hereby enters its appearance and requests that all notices given or required to be given and all

papers served or required to be served in this case, including any adversary proceedings or

contested matters, be given to and served upon the following:

Douglas K. Chang
Assistant U.S. Attorney
450 Golden Gate Avenue, 9th Floor
P.O. Box 36055
San Francisco, CA 94102
Tel. 415-436-6985
Fax 415-436-7169
Email: Douglas.Chang@usdoj.gov

Matthew W. Drogemuller, Esq.
Assistant Regional Counsel
Office of General Counsel, Region IX
U.S. Department of Health & Human Services
90 7th Street, Suite 4-500
San Francisco, CA 94103
Tel. 415-437-8176
Fax: 415-437-8188
Email: Matthew.Drogemuller@hhs.gov

           Respectfully submitted,
           MELINDA HAAG
           United States Attorney

Dated: September 19, 2013   By: /s/ Douglas K. Chang
               DOUGLAS K. CHANG
               Assistant United States Attorney

2

Notice of Appearance
and Request for Notice
Case No. 12-12753

Case: 12-12753   Doc# 147   Filed: 09/19/13   Entered: 09/19/13 13:23:09   Page 2 of 2